The order below is hereby signed.

Signed: August 23 2023



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) |
| | ) |
| 1716 R Street Flats LLC; | ) Case Nos. 23-00017 to 23-00028-ELG |
| The Z Flats L.L.C.; | ) |
| 1605 17th Street Flats LLC; | ) |
| 1601 17th Place Flats LLC; | ) Chapter 11 |
| 1609 17th Place Flats LLC; | ) (Jointly Administered under |
| The Lauravin Luxury Apt. Homes III L.L.C.; | ) Case No. 23-00017-ELG) |
| The Washingtonian L.L.C.; | ) |
| 1616 27th Street Flats L.L.C.; | ) This Order Related to All Debtors |
| Lerae Towers II, LLC; | ) |
| The Lerae Towers, LLC; | ) |
| 4220 Ninth Street Flats LLC; | ) |
| 4649 Hillside Road Flats LLC. | ) |
| | ) |
| Debtors and Debtors in Possession | ) |
| | ) |

### ORDER GRANTING MOTION FOR APPROVAL OF COMPROMISE
### AND SETTLEMENT BETWEEN THE DEBTORS,
### DEBTOR-PRINCIPALS AND WCP PARTIES

Before the Court is the *Motion for Order Approving Settlement Agreement* (the "Motion") filed by 1716 R Street Flats LLC ("1716 R St."); The Z Flats L.L.C. ("Z Flats"), 1605

17th Street Flats LLC ("1605 17th St."); 1601 17th Place Flats LLC ("1601 17th Pl."), 1609 17th Place Flats LLC ("1609 17th Pl."), The Lauravin Luxury Apartment Homes III L.L.C. ("Lauravin III"), The Washingtonian L.L.C. ("Washingtonian"), 1616 27th Street Flats L.L.C. ("1616 27th St."), Lerae Towers II, LLC ("Lerae II"), The Lerae Towers, LLC ("Lerae"), 4220 Ninth Street Flats LLC ("4220 Ninth St.") and 4649 Hillside Road Flats LLC ("4649 Hillside Rd," and each of the aforementioned, a "Debtor," and collectively, the "Debtors"), seeking approval of a settlement with WCP Fund I LLC ("WCP"), DP Capital LLC ("DPCL"), WCP Fund I LLC in its Capacity as Servicer for SF NU, LLC ("SNL"), WCP Fund I LLC in its Capacity as Servicer for 1Sharpe Opportunity Intermediate Trust ("1Sharpe"), WCP Fund I LLC in its Capacity as Servicer for Pacific RBLF Funding Trust ("PRFT"), and WCP Fund I LLC in its Capacity as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee of HOF Grantor Trust 1 ("HOF") (WCP, DPCL, SNL, 1Sharpe, PRFT and HOF being collectively known as the "WCP Parties") and Richard Cunningham ("Mr. Cunningham"); Elaine Cunningham ("Ms. Cunningham") and Jesyl Crowdy-Volkens a/k/a Je'syl Crowdy-Volkens ("Ms. Volkens," and collectively with Mr. Cunningham and Ms. Cunningham, the "Cunningham Parties").  It appears to the Court that the Motion was served on all necessary parties and, accordingly, for good cause shown, it is hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that capitalized terms in this order not otherwise defined shall have the meanings ascribed to them in the Motion; and it is further

ORDERED, that the parties to the Settlement are hereby authorized to take any and all necessary actions to implement the Settlement, as described in the Motion.

**END OF ORDER**

<u>I ASK FOR THIS</u>

/s/ *Justin P. Fasano*
Janet M. Nesse (DC Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  20770
(301) 441-2420
jnesse@mhlawyers.com/
jfasano@mhlawyers.com
*Counsel to Debtors*

<u>SEEN AND AGREED</u>

<u>/s/ Maurice B. VerStandig</u>
Maurice B. VerStandig (MD18071)
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson Nevada 89012
301-444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC; DP Capital LLC; WCP Fund I LLC in its Capacity as Servicer for SF NU, LLC; WCP Fund I LLC in its Capacity as Servicer for 1Sharpe Opportunity Intermediate Trust; WCP Fund I LLC in its Capacity as Servicer for Pacific RBLF Funding Trust; and WCP Fund I LLC in its Capacity as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee of HOF Grantor Trust 1*