EXHIBIT A



```
Doc #: 2022089990
Filed & Recorded
08/29/2022 10:31 AM
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
```
Customer Service
202-354-3750

## DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY | 1385 Canal Street, SE | Washington, DC 20003

### DELINQUENT ACCOUNTS SECTION

DC Water and Sewer Authority
Vs
4220 NINTH STREET FLATS LLC
2316 RHODE ISLAND AVE N.E.
WASHINGTON, DC 20018

Date: 2022-08-26
Account No.: 2028596-1
Service Address: 4220 9TH ST SE
Square: 5924
Suffix:
Lot: 0802

### Amount Due (including penalties, if any): $8,465.82
### CERTIFICATE OF DELINQUENT WATER/SEWER CHARGES

This is to certify that, pursuant to D.C. Official Code, 2001, Section 34-2407.02 and Section 34-2110, the Water and Sewer Authority has a continuing lien for delinquent water/sewer service charges upon the land and the improvements thereon at the above service address. From the date of its filing, this certificate shall have the force and effect of a lien created by a judgment entered by the Superior Court of the District of Columbia and will remain in force and effect until the water/sewer charges, plus any interest and penalties thereon, shall have been fully paid by cash, certified check or money order to the Water and Sewer Authority.

By: _[signature]_

Manager, Credit & Collections Customer Service Department DC Water and Sewer Authority.

### ACKNOWLEDGEMENT

This is to acknowledge that the foregoing certificate was filed with the Recorder of Deeds of the District of Columbia on the _____.

By: _____
Recorder of Deeds Government of the District of Columbia

4220 NINTH STREET FLATS LLC
C/O
2316 RHODE ISLAND AVE N.E.
WASHINGTON, DC 20018