22NTCHRG

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | Case No. 23-00017-ELG |
| **1716 R Street Flats LLC** | **Chapter 11** |
| Debtor(s). | |

# NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that at the request of the Court, the hearing on the Application for Allowance of Administrative Expenses Filed by DC Water and Sewer Authority (Docket Entry No. 131) is rescheduled to:

8/31/23 at 10:00 AM

in Courtroom 1 United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

                                            For the Court:
                                            Angela D. Caesar
                                            BY: AM
                                            Dated: 8/29/2023

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; parties as appropriate.