# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) |
| | ) |
| 1716 R Street Flats LLC; | ) Case Nos. 23-00017 to 23-00028-ELG |
| The Z Flats L.L.C.; | ) |
| 1605 17th Street Flats LLC; | ) |
| 1601 17th Place Flats LLC; | ) Chapter 11 |
| 1609 17th Place Flats LLC; | ) (Jointly Administered under |
| The Lauravin Luxury Apt. Homes III L.L.C.; | ) Case No. 23-00017-ELG) |
| The Washingtonian L.L.C.; | ) |
| 1616 27th Street Flats L.L.C.; | ) |
| Lerae Towers II, LLC; | ) |
| The Lerae Towers, LLC; | ) |
| 4220 Ninth Street Flats LLC; | ) |
| 4649 Hillside Road Flats LLC. | ) |
| | ) |
| Debtors and Debtors in Possession | ) |
| | ) |

## RESPONSE TO DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY'S APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIMS AND REQUEST TO CONTINUE HEARING

1716 R Street Flats LLC; The Z Flats L.L.C.; 1605 17th Street Flats LLC; 1601 17th Place Flats LLC; 1609 17th Place Flats LLC; The Lauravin Luxury Apartment Homes III L.L.C.; The Washingtonian L.L.C.; 1616 27th Street Flats L.L.C.; Lerae Towers II, LLC; The Lerae Towers, LLC; 4220 Ninth Street Flats LLC; and 4649 Hillside Road Flats LLC (each a "Debtor," and collectively, the "Debtors") hereby respond to the *Application for Allowance of Administrative Expense Claim* (the "Application") by the District of Columbia Water And Sewer Authority, and states as follows:

---

Justin P. Fasano (Fed Bar No. MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Tel: 301-441-2420
Fax: 301-982-9450
jfasano@mhlawyers.com
*Counsel for the Debtors*

The Debtors have made significant and ongoing payments for water-sewer charges during these cases and believe they are generally current on post-petition charges. Accordingly, the Debtors dispute the amounts asserted in the Application. The Water and Sewer Authority is working on providing updated information to the Debtors. Accordingly the District of Columbia Water And Sewer Authority and the Debtors request that the hearing scheduled for August 31, 2023 be continued to a mutually agreeable date.

WHEREFORE, the District of Columbia Water And Sewer Authority and the Debtors request that the hearing scheduled for August 31, 2023 be continued to a mutually agreeable date.

Dated: August 30, 2023            Respectfully submitted

/s/ Justin P. Fasano
Justin P. Fasano (Fed Bar No. MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Tel: 301-441-2420
Fax: 301-982-9450
jfasano@mhlawyers.com
*Counsel for the Debtors*

## CERTIFICATE OF SERVICE

I hereby certify that on this August 30, 2023, a copy of the foregoing was served by CM/ECF on all parties requesting such notice.

/s/ Justin P. Fasano
Justin P. Fasano