# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) |
| | ) |
| 1716 R Street Flats LLC; | ) Case Nos. 23-00017 to 23-00028-ELG |
| The Z Flats L.L.C.; | ) |
| 1605 17th Street Flats LLC; | ) |
| 1601 17th Place Flats LLC; | ) Chapter 11 |
| 1609 17th Place Flats LLC; | ) (Jointly Administered under |
| The Lauravin Luxury Apt. Homes III L.L.C.; | ) Case No. 23-00017-ELG) |
| The Washingtonian L.L.C.; | ) |
| 1616 27th Street Flats L.L.C.; | ) |
| Lerae Towers II, LLC; | ) |
| The Lerae Towers, LLC; | ) |
| 4220 Ninth Street Flats LLC; | ) |
| 4649 Hillside Road Flats LLC. | ) |
| | ) |
| Debtors and Debtors in Possession | ) This pleading concerns Lerae Towers II, LLC |
| | ) |

## NOTICE OF OPPORTUNITY TO OBJECT TO
## OMNIBUS MOTION TO ASSUME AND ASSIGN EXECUTORY CONTRACTS

Lerae Towers II, LLC ("Lerae II"), by and through its undersigned attorneys, McNamee Hosea, P.A., have filed an *Omnibus Motion to Assume and Assign Executory Contracts* (the "Motion"). The Motion seeks to assume and assign the executory contracts listed on **Exhibit A** to WCP Fund I LLC in its Capacity as Servicer for SF NU, LLC or its assigns ("WCP").

PLEASE TAKE NOTICE THAT BY **September 29, 2023**, you must file and serve a written objection to the Motion. The objection must be filed with the Clerk of the Bankruptcy

---

Janet M. Nesse (Bar No. 358514)
Justin P. Fasano (Bar No. MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel for Debtors*

Clerk, U.S. Courthouse, 333 Constitution Ave., NW, Washington, DC, 20001, and service (by delivery or mailing of copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append legal memorandums, affidavits and documents in support of your objection. IF YOU FAIL TO FILE A TIMELY OBJECTION OR STATE INADEQUATE GROUNDS FOR DENIAL, THE MOTION MAY BE GRANTED BY THE COURT WITHOUT A HEARING. The Court may grant the Motion without a hearing if the objection filed states inadequate grounds for denial.

Please take notice that a hearing will be held on October 4, 2023 at 10:00 a.m. on the Motion at the U.S. Courthouse, 333 Constitution Ave., NW, Courtroom 1, Washington, DC, 20001, via Zoom. Parties in interest with questions may contact the undersigned or the courtroom deputy at aimee_mathewes@dcb.uscourts.gov for Zoom login instructions.

/s/ *Justin P. Fasano*
Janet M. Nesse (Bar No. 358514)
Justin P. Fasano (Bar No. MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel for Lerae II*

## CERTIFICATE OF SERVICE

I hereby certify that on this September 20, 2023, a copy of the foregoing was served by CM/ECF on all parties requesting such notice, and by first class mail, postage prepaid to:

Danyalle Summerour
1241 Raum St NE # 3
Washington DC 20002

Najah Brooks
1241 Raum St NE # 2
Washington DC 20002

Ashley Lane
1241 Raum St NE # 4
Washington DC 20002

District of Columbia Housing Authority
c/o Brenda Donald, Executive Director
1133 North Capitol St NE
Washington, DC 20002

/s/ Justin P. Fasano
Justin P. Fasano

**EXHIBIT A**

| Contract Counterparty | Contract to be assumed and assigned |
|---|---|
| Ashley Lane<br>1241 Raum St NE # 4<br>Washington DC 20002 | Residential Lease |
| Danyalle Summerour<br>1241 Raum St NE # 3<br>Washington DC 20002 | Residential Lease |
| District of Columbia Housing Authority<br>c/o Brenda Donald, Executive Director<br>1133 North Capitol St NE<br>Washington, DC 20002 | HAP contract re Ashley Lane |
| District of Columbia Housing Authority<br>c/o Brenda Donald, Executive Director<br>1133 North Capitol St NE<br>Washington, DC 20002 | HAP contract re Danyalle Summerour |
| District of Columbia Housing Authority<br>c/o Brenda Donald, Executive Director<br>1133 North Capitol St NE<br>Washington, DC 20002 | HAP contract re Najah Brooks |
| Najah Brooks<br>1241 Raum St NE # 2<br>Washington DC 20002 | Residential Lease |