The order below is hereby signed.

Signed: October 3 2023



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| In re: | |
|---|---|
| 1716 R Street Flats LLC; | Case Nos. 23-00017 to 23-00028-ELG |
| The Z Flats L.L.C.; | |
| 1605 17th Street Flats LLC; | |
| 1601 17th Place Flats LLC; | Chapter 11 |
| 1609 17th Place Flats LLC; | (Jointly Administered under |
| The Lauravin Luxury Apt. Homes III L.L.C.; | Case No. 23-00017-ELG) |
| The Washingtonian L.L.C.; | |
| 1616 27th Street Flats L.L.C.; | |
| Lerae Towers II, LLC; | |
| The Lerae Towers, LLC; | |
| 4220 Ninth Street Flats LLC; | |
| 4649 Hillside Road Flats LLC. | |
| | |
| Debtors and Debtors in Possession | This pleading concerns Lerae Towers II, LLC |

## ORDER GRANTING OMNIBUS MOTION TO
## <u>ASSUME AND ASSIGN EXECUTORY CONTRACTS</u>

Upon consideration of the *Omnibus Motion To Assume And Assign Executory Contracts* (the "Motion," Docket No. 190) filed by Lerae Towers II, LLC, and good cause being shown, it is, by the United States Bankruptcy Court for the District of Columbia, hereby

ORDERED, that the Motion is GRANTED, and it is further

ORDERED, that upon the transfer of the property located at 1241 Raum Street, NE, Washington DC 20002, Lot 0214, Square 4055 (the "Property") to such entity that WCP Fund I LLC in its Capacity as Servicer for SF NU, LLC organizes to take title to the Property (the "WCP Entity"), pursuant to 11 U.S.C. § 365, the leases and executory contracts listed on Exhibit A (the "Contracts") are hereby deemed assumed and assigned to the WCP Entity without necessity of cure payment; and it is further

ORDERED, that upon said transfer, pursuant to 11 U.S.C. §365(k), the Debtor shall be relieved of future liability under the Contracts.

**WE ASK FOR THIS**

| | |
|---|---|
| /s/ Justin P. Fasano<br>Justin P. Fasano (Fed Bar No. MD21201)<br>McNamee Hosea, P.A.<br>6404 Ivy Lane, Suite 820<br>Greenbelt, MD 20770<br>Tel: 301-441-2420<br>Fax: 301-982-9450<br>jfasano@mhlawyers.com<br>*Counsel for Lerae Towers II, LLC* | /s/ Maurice B. Verstandig<br>Maurice B. VerStandig, Esq.<br>Bar No. MD18071<br>The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, Nevada 89012<br>Phone/Facsimile: (301) 444-4600<br>mac@mbvesq.com<br>*Counsel for WCP Fund I LLC in its Capacity as Servicer for SF NU, LLC* |

**EXHIBIT A**

| Contract Counterparty | Contract to be assumed and assigned | Cure Amount |
|---|---|---|
| Ashley Lane<br>1241 Raum St NE # 4<br>Washington DC 20002 | Residential Lease | $0.00 |
| Danyalle Summerour<br>1241 Raum St NE # 3<br>Washington DC 20002 | Residential Lease | $0.00 |
| District of Columbia Housing Authority<br>c/o Brenda Donald, Executive Director<br>1133 North Capitol St NE<br>Washington, DC 20002 | HAP contract re Ashley Lane | $0.00 |
| District of Columbia Housing Authority<br>c/o Brenda Donald, Executive Director<br>1133 North Capitol St NE<br>Washington, DC 20002 | HAP contract re Danyalle Summerour | $0.00 |
| District of Columbia Housing Authority<br>c/o Brenda Donald, Executive Director<br>1133 North Capitol St NE<br>Washington, DC 20002 | HAP contract re Najah Brooks | $0.00 |
| Najah Brooks<br>1241 Raum St NE # 2<br>Washington DC 20002 | Residential Lease | $0.00 |