The order below is hereby signed.

Signed: October 26 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| In re: | ) | |
|---|---|---|
| 1716 R Street Flats LLC; | ) | Case Nos. 23-00017 to 23-00028-ELG |
| The Z Flats L.L.C.; | ) | |
| 1605 17th Street Flats LLC; | ) | |
| 1601 17th Place Flats LLC; | ) | Chapter 11 |
| 1609 17th Place Flats LLC; | ) | (Jointly Administered under |
| The Lauravin Luxury Apt. Homes III L.L.C.; | ) | Case No. 23-00017-ELG) |
| The Washingtonian L.L.C.; | ) | |
| 1616 27th Street Flats L.L.C.; | ) | This Order Related to All Debtors |
| Lerae Towers II, LLC; | ) | |
| The Lerae Towers, LLC; | ) | |
| 4220 Ninth Street Flats LLC; | ) | |
| 4649 Hillside Road Flats LLC. | ) | |
| Debtors and Debtors in Possession | ) ) | |

### ORDER GRANTING IN PART DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY'S APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIMS

Upon consideration of the Application For Allowance Of Administrative Expense Claims (Docket No. 131) filed by District Of Columbia Water And Sewer Authority ("Movant"), and the

agreement of the parties thereto, it is, by the United States Bankruptcy Court for the District of Maryland, hereby, ORDERED:

1. The Application is GRANTED IN PART AS FOLLOWS, and it is further

2. Movant shall have an administrative claim pursuant to 11 U.S.C. § 503(b) as to each Debtor, which shall be paid within 21 days of the date of entry of this order, as follows:

| Debtor | Claim |
|---|---|
| 1716 R STREET FLATS LLC | $521.10 |
| Z FLATS, L.L.C | $0.00 |
| 1605 17TH ST FLATS LLC | $539.62 |
| 1609 17TH PLACE FLATS LLC | $507.51 |
| THE LAURAVIN LUXURY APT HOMES III LLC | $1,200.22 |
| THE WASHINGTONIAN LLC | $1,249.56 |
| LERAE TOWERS II LLC | $1,078.74 |
| 1601 17TH PLACE FLATS LLC | $700.72 |
| THE LERAE TOWERS, LLC | $887.20 |
| 4649 HILLSIDE RD FLATS LLC | $1,453.23 |

3. Exhibit Lists and Witness Lists shall be due December 14, 2023.

4. The Court shall hold an evidentiary hearing on the Application as to 4220 Ninth Street Flats LLC and 1616 27th Street Flats LLC on December 19, 2023 at 9:30 a.m.

END OF ORDER

WE ASK FOR THIS

/s/ Emil Hirsch
Emil Hirsch
CARLTON FIELDS, P.A.
1025 Thomas Jefferson Street, NW
Suite 400 West
Washington, DC 20007
Tel: (202) 965-8184
Fax : (202) 965-8104
ehirsch@carltonfields.com
*Attorney for District of Columbia Water and Sewer Authority*

/s/ *Justin P. Fasano*
Janet M. Nesse (DC Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  20770
(301) 441-2420
jnesse@mhlawyers.com/
jfasano@mhlawyers.com
*Counsel to Debtors*