Justin P. Fasano
McNamee Hosea, P.A.
6404 Ivy Lane
Suite 820
Greenbelt, MD 22070
Tel: (301) 441-2420
Email: jfasano@mhlawyers.com
*Counsel for Debtors*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | )<br>)<br>) Case Nos. 23-00017 to 23-00028-ELG |
| 1716 R Street Flats LLC;<br>The Z Flats L.L.C.;<br>1605 17th Street Flats LLC;<br>1601 17th Place Flats LLC;<br>1609 17th Place Flats LLC;<br>The Lauravin Luxury Apt. Homes III L.L.C.;<br>The Washingtonian L.L.C.;<br>1616 27th Street Flats L.L.C.;<br>Lerae Towers II, LLC; | )<br>)<br>) Chapter 11<br>) (Jointly Administered under<br>) Case No. 23-00017-ELG)<br>)<br>)<br>)<br>)<br>) Related to: The Z Flats L.L.C. and<br>) 1716 R Street Flats LLC |
| The Lerae Towers, LLC;<br>4220 Ninth Street Flats LLC;<br>4649 Hillside Road Flats LLC. | )<br>)<br>)<br>) |

**MOTION PURSUANT TO FED. R. BANKR. P. 9024 AND FED. R. CIV. P. 60(a) TO CORRECT OMISISON IN ORDER CONFIRMING 1716 R STREET FLATS LLC AND THE Z FLATS L.L.C.'S THIRD AMENDED JOINT PLAN OF LIQUIDATION**

The Debtor, Z Flats L.L.C. ("Debtor") brings this Motion pursuant to Fed. R. Bankr. P. 9024 incorporating Fed. R. Civ. P. 60(a) to Correct Omission in Order Confirming 1716 R Street Flats LLC and the Z Flats L.L.C.'s Third Amended Joint Plan of Liquidation. In support of same, the Debtor respectfully represents as follows:

1. The Court entered the Order Confirming 1716 R Street Flats LLC and the Z Flats L.L.C.'s Third Amended Joint Plan of Liquidation on August 8, 2023 at Docket Entry No. 169 ("Confirmation Order").

2. The Confirmation Order confirmed the Third Amended Joint Plan of Liquidation filed by the Debtor ("Plan"). The Plan provides for the Z Flats real estate, 116 Emerson Street, NW, Washington, DC 20011 (the "Z Flats Property"), to be transferred to Emerson Street as successor in interest to Trustar Bank on its successful credit bid. The Debtor has no equity in the Z Flats Property and the essence of the Plan is the primary secured lender taking back its collateral and paying a small sum for distribution pursuant to the Plan.

3. Recently, the parties began the real estate closing process. In that process, it was discovered that there was an indemnity deed of trust in favor of BC-K Partners recorded in the land records in April 2022 that remains on the Z Flats Property. BC-K Partners was listed on the Debtor's Schedule as disputed, contingent and unliquidated.

4. However, unlike the other "out of the money" secured creditors, like WCP Fund I LLC, BC-K Partners was not specifically identified in the Plan nor was it listed in the Confirmation Order. BC-K Partners has not filed a proof of claim nor has it otherwise participated in the case.

5. The Confirmation Order contains a "catch all" paragraph related to the sale free and clear of liens. The "catch all" paragraph pertains to "all liens, claims, interests and encumbrances of any kind or nature in or against the Properties transferred, sold or assigned …" That paragraph is located at paragraph 18, pages 14-15 of the Confirmation Order.

6. Due to the lack of notice to BC-K Partners, the title insurance company closing the transaction has balked at insuring the transaction contemplated by the Plan without a specific listing of BC-K Partners in the Confirmation Order. While there is no question that BC-K Partners remains an "out of the money" creditor on the Z Flats Property, this issue is holding up consummation of the sale and the Plan. Further, it appears that because consideration was not provided to Z Flats, the liens is subject to bona fide dispute.

7.	Fed. R. Bankr. P. 9024 incorporates Fed. R. Civ. P. 60 in permitting relief from orders for the purpose of correcting "a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record." Rule 60(a). The rule further provides that the "Court may do so on motion or on its own with or without notice."

8.	Here the Debtor seeks to amend the Confirmation Order's "catch all" paragraph at paragraph 18, pages 14-15 so that it reads as follows, with the underlined section (excluding the paragraph heading) being the new portion of the Confirmation Order:

> 18. <u>Sale Free and Clear</u>.  Effective upon the Closing Date, the Transferred Assets shall be, and are hereby deemed to be, transferred, sold and delivered to the transferees free and clear of all liens, claims, defenses, encumbrances, and other interests, including but not limited to the rights of tenants under TOPA <u>and the rights of BC-K Partners, LLC under its Indemnity Deed of Trust and Security Agreement recorded against the Z Flats Property on April 14, 2022</u>, pursuant to section 1129 of the Bankruptcy Code and the Debtors are directed to execute such Transfer Documents as are necessary to transfer the Transferred Assets to the transferees, including bills of sale, title transfer documents, deeds, and assignments. Any and all liens, claims, defenses, interests and encumbrances shall attach to the proceeds of the transfers in the same order of priority as they existed prior to the Petition Date with respect to each of the Properties.  This provision of the Order shall be self-executing and notwithstanding the failure of the Debtors or any other party to execute, file or obtain releases, termination statements, consents or other instruments to consummate or implement the provisions hereof or the Transfer Documents, all liens, claims, interests and encumbrances of any kind or nature in or against the Properties transferred, sold or assigned shall be deemed released. This Order is and shall be effective as a determination that, upon the Closing Date, all liens, claims, encumbrances, defenses and other interests existing in and to the Properties have been and hereby are adjudged and declared to be unconditionally released, discharged and terminated, and that the sale and conveyances described herein have been made free and clear of all such liens, claims, encumbrances, defenses, and interests, with such liens, claims, encumbrances, and interests to attach to the proceeds of the transfers.

9.	Relief under Rule 60(a) is appropriate when "it is necessary to 'correct mistakes or oversights that cause the judgment to fail to reflect what was intended at the time of trial.'" *Pruzinsky v. Gianetti (In re Walter)*, 282 F.3d 434, 441 (6th Cir. 2002) (quoting *Vaughter v.*

3

*Eastern Air Lines, Inc.*, 817 F.2d 685, 689 (11th Cir. 1987)). Here, the intent of the parties was that "all" meant "all" in the catch all paragraph providing for the free and clear sale of the Z Flats Property. Adding a specific reference to BC-K Partners satisfies the title examiners without changing the effect of the Confirmation Order, and such request is appropriate under Rules 9024 and 60(a).

10. There is no harm in making the requested non-substantive change as it will have no adverse impact on any party – the effect of the Confirmation Order is not altered. Rather, the addition of a specific reference to BC-K Partners will permit the substantial consummation of the Plan as the sale contemplated by the Plan cannot be completed without the clerical relief sought above.

11. A copy of the proposed amended confirmation order with the requested change is attached to this Motion as Exhibit A. A copy of the proposed amended confirmation order showing the requested change in redline is attached to this Motion as Exhibit B.

WHEREFORE, the Debtor respectfully requests that this Court

(a) Enter an Order Granting the Motion;

(b) Sign the Amended Confirmation Order; and

(c) Grant such further and other relief as may be just and proper.

Dated: December 5, 2023                Respectfully submitted,

*Justin P. Fasano*
Justin P. Fasano
McNamee Hosea, P.A.
6404 Ivy Lane
Suite 820
Greenbelt, MD 22070
Tel: (301) 441-2420
Email: jfasano@mhlawyers.com
*Counsel for Debtors*

## CERTIFICATE OF SERVICE

       I hereby certify that I did serve a copy of the foregoing Motion pursuant to Fed. R. Bankr. P. 9024 incorporating Fed. R. Civ. P. 60(a) to Correct Omission in Order Conforming 1716 R Street Flats LLC and the Z Flats L.L.C.'s Third Amended Joint Plan of Liquidation on December 5, 2023 electronically via the Court's ECF system, including on counsel for the Debtors, the United States Trustee, and WCP Fund I LLC.

In addition, I served a copy of the foregoing via first class mail, postage prepaid this 5th day of December, 2023 on

BC-K Partners, LLC
c/o Christopher Bogden
5272 River Road
Suite 400
Bethesda, MD 20814.

                                            /s/ Justin P. Fasano
                                            Justin P. Fasano