**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| 1716 R Street Flats LLC; | ) Case Nos. 23-00017 to 23-00028-ELG |
| The Z Flats L.L.C.; | ) |
| 1605 17th Street Flats LLC; | ) |
| 1601 17th Place Flats LLC; | ) Chapter 11 |
| 1609 17th Place Flats LLC; | ) (Jointly Administered under |
| The Lauravin Luxury Apt. Homes III L.L.C.; | ) Case No. 23-00017-ELG) |
| The Washingtonian L.L.C.; | ) Pleading relates to 1716 R Street Flats |
| 1616 27th Street Flats L.L.C.; | ) LLC and The Z Flats L.L.C |
| Lerae Towers II, LLC; | ) |
| The Lerae Towers, LLC; | ) |
| 4220 Ninth Street Flats LLC; | ) |
| 4649 Hillside Road Flats LLC, | ) |
| | ) |
| Debtors and Debtors in Possession | ) |
| | ) |
| | ) |

**ORDER GRANTING MOTION PURSUANT**
**TO FED. R. BANKR. P. 9024 AND FED. R. CIV. P. 60(a) TO**
**CORRECT OMISISON IN ORDER CONFIRMING 1716 R STREET FLATS LLC**
**AND THE Z FLATS L.L.C.'S THIRD AMENDED JOINT PLAN OF LIQUIDATION**

Upon consideration of the Motion Pursuant to Fed. R. Bankr. P. 9024 and Fed. R. Civ. P. 60(a) to Correct Omission in Order Confirming 1716 R Street Flats LLC and The Z Flats L.L.C.'s Third Amended Joint Plan of Liquidation filed by The Z Flats L.L.C., the Court finds that it is appropriate to grant the relief requested.

CORE/3528899.0002/185990389.1

It is hereby **ORDERED**:

1. The Motion is **GRANTED**.

2. The Court will enter an Amended Order Confirming 1716 R Street Flats LLC and The Z Flats L.L.C.'s Third Amended Joint Plan of Liquidation as set forth in Exhibit A to the Motion that contains the additional underlined language below:

> 18. <u>Sale Free and Clear</u>.  Effective upon the Closing Date, the Transferred Assets shall be, and are hereby deemed to be, transferred, sold and delivered to the transferees free and clear of all liens, claims, defenses, encumbrances, and other interests, including but not limited to the rights of tenants under TOPA <u>and the rights of BC-K Partners, LLC under its Indemnity Deed of Trust and Security Agreement recorded against the Z Flats Property on April 14, 2022</u>, pursuant to section 1129 of the Bankruptcy Code and the Debtors are directed to execute such Transfer Documents as are necessary to transfer the Transferred Assets to the transferees, including bills of sale, title transfer documents, deeds, and assignments.  Any and all liens, claims, defenses, interests and encumbrances shall attach to the proceeds of the transfers in the same order of priority as they existed prior to the Petition Date with respect to each of the Properties.  This provision of the Order shall be self-executing and notwithstanding the failure of the Debtors or any other party to execute, file or obtain releases, termination statements, consents or other instruments to consummate or implement the provisions hereof or the Transfer Documents, all liens, claims, interests and encumbrances of any kind or nature in or against the Properties transferred, sold or assigned shall be deemed released.  This Order is and shall be effective as a determination that, upon the Closing Date, all liens, claims, encumbrances, defenses and other interests existing in and to the Properties have been and hereby are adjudged and declared to be unconditionally released, discharged and terminated, and that the sale and conveyances described herein have been made free and clear of all such liens, claims, encumbrances, defenses, and interests, with such liens, claims, encumbrances, and interests to attach to the proceeds of the transfers.

**END OF ORDER**

**WE ASK FOR THIS**:

/s/ *Justin P. Fasano*
Janet M. Nesse (DC Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Debtors*

Copies to:

All entities on the Court's mailing list.

3

CORE/3528899.0002/185990389.1