UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
|  | ) |
| In re: | ) |
|  | ) Case Nos. 23-00017 to 23-00028-ELG |
| 1716 R Street Flats LLC; | ) |
| The Z Flats L.L.C.; | ) |
| 1605 17th Street Flats LLC; | ) Chapter 11 |
| 1601 17th Place Flats LLC; | ) (Jointly Administered under |
| 1609 17th Place Flats LLC; | ) Case No. 23-00017-ELG) |
| The Lauravin Luxury Apt. Homes III L.L.C.; | ) |
| The Washingtonian L.L.C.; | ) |
| 1616 27th Street Flats L.L.C.; | ) |
| Lerae Towers II, LLC; | ) Related to: The Z Flats L.L.C. and |
|  | ) 1716 R Street Flats LLC |
| The Lerae Towers, LLC; | ) |
| 4220 Ninth Street Flats LLC; | ) |
| 4649 Hillside Road Flats LLC. | ) |
|  | ) |

_____

**MOTION TO SHORTEN TIME TO OBJECT TO, AND EXPEDITE HEARING ON MOTION PURSUANT TO FED. R. BANKR. P. 9024 AND FED. R. CIV. P. 60(a) TO CORRECT OMISISON IN ORDER CONFIRMING 1716 R STREET FLATS LLC AND THE Z FLATS L.L.C.'S THIRD AMENDED JOINT PLAN OF LIQUIDATION**

The Debtor, Z Flats L.L.C. ("Debtor"), by counsel, hereby files this *Motion to Expedite Hearing on and Shorten Time to Object to Motion Pursuant To Fed. R. Bankr. P. 9024 And Fed. R. Civ. P. 60(A) To Correct Omission In Order Confirming 1716 R Street Flats LLC And The Z Flats L.L.C.'S Third Amended Joint Plan Of Liquidation* (the "Motion to Expedite") with respect to its *Motion Pursuant To Fed. R. Bankr. P. 9024 And Fed. R. Civ. P. 60(A) To Correct*

_____

Justin P. Fasano, Esq.
Bar No. MD21201
McNamee Hosea, P.A.
6404 Ivy Lane, Ste 820
Greenbelt, MD 22070
Phone: (301) 441-2420
Facsimile: (301) 982-9450
jfasano@mhlawyers.com
*Counsel for the Debtor*

*Omisison In Order Confirming 1716 R Street Flats LLC And The Z Flats L.L.C.'S Third Amended Joint Plan Of Liquidation* (the "Motion to Amend")and states as follows:

### Jurisdiction

1. This Court has jurisdiction over the Motion to Amend and this Motion to Expedite pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

### Background

2. Background related to the relief requested herein is in the Motion to Amend. Additional relevant facts are discussed herein.

### Summary of Relief Requested

3. The Debtor requests that the Court hold a hearing on the Motion to Amend on December 19, 2023 at 9:30 a.m., and that the Court order that all objections be filed by 10:00 a.m on the day before the expedited hearing.

### The Need for Shortened Time

4. Rule 9006(c)(1) of the Bankruptcy Rules allows the Court to shorten notice periods. Specifically, Rule 9006(c)(1) provides that "when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced."

5. As was discussed with the Court on December 6, 2023, the Motion to Amend should be heard on December 19, 2023. The new purchaser needs to close on the sale of the Property by the end of the year.. The Motion to Amend simply seeks to confirm that a third lien on the property does not attach to the Property after sale.

6. Accordingly, cause exists to reduce the notice period pursuant to Rule 9006(c)(1)

of the Bankruptcy Rules.

WHEREFORE, the Debtor requests that the Court grant this Motion to Expedite, hold a hearing on the Motion on December 19, 2023 at 9:30 a.m. or and that the Court order that all objections be filed by 10:00 am on the day of the expedited hearing; and that the Court such other relief as it deems appropriate and proper.

Dated:  December 8, 2023                           Respectfully submitted,

/s/ *Justin P. Fasano*
Justin P. Fasano (Bar No. MD21201)
McNamee, Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Phone: 301-441-2420
jfasano@mhlawyers.com
*Counsel for Herc Rentals, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 8, 2023, the foregoing has been provided to the parties of record via the Court's CM/ECF system, and by first class mail, postage prepaid, to:

BC-K Partners, LLC
c/o Christopher Bogden
5272 River Road
Suite 400
Bethesda, MD 20814.


/s/ *Justin P. Fasano*
Justin P. Fasano