The order below is hereby signed.

Signed: December 8 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case Nos. 23-00017 to 23-00028-ELG |
| 1716 R Street Flats LLC; | ) |
| The Z Flats L.L.C.; | ) |
| 1605 17th Street Flats LLC; | ) Chapter 11 |
| 1601 17th Place Flats LLC; | ) (Jointly Administered under |
| 1609 17th Place Flats LLC; | ) Case No. 23-00017-ELG) |
| The Lauravin Luxury Apt. Homes III L.L.C.; | ) |
| The Washingtonian L.L.C.; | ) |
| 1616 27th Street Flats L.L.C.; | ) |
| Lerae Towers II, LLC; | ) Related to: The Z Flats L.L.C. and |
| | ) 1716 R Street Flats LLC |
| The Lerae Towers, LLC; | ) |
| 4220 Ninth Street Flats LLC; | ) |
| 4649 Hillside Road Flats LLC. | ) |
| | ) |

_____

**ORDER GRANTING MOTION PURSUANT TO FED. R. BANKR. P. 9024 AND FED. R. CIV. P. 60(a) TO CORRECT OMISSION IN ORDER CONFIRMING 1716 R STREET FLATS LLC AND THE Z FLATS L.L.C.'S THIRD AMENDED JOINT PLAN OF LIQUIDATION**

Upon consideration of the *Motion to Expedite Hearing on and Shorten Time to Object to Motion Pursuant To Fed. R. Bankr. P. 9024 And Fed. R. Civ. P. 60(A) To Correct Omission In Order Confirming 1716 R Street Flats LLC And The Z Flats L.L.C.'S Third Amended Joint Plan Of Liquidation* (the "Motion to Expedite") filed by debtor The Z Flats L.L.C. ("Debtor"), with respect to *Motion Pursuant To Fed. R. Bankr. P. 9024 And Fed. R. Civ. P. 60(A) To Correct Omisison In Order Confirming 1716 R Street Flats LLC And The Z Flats L.L.C.'S Third Amended Joint Plan Of Liquidation* (the "Motion to Amend"); and the Court finding that (a) it has jurisdiction over the matters raised in the Motion to Expedite pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) adequate notice of the Motion to Expedite was given under the circumstances and that no other or further notice is necessary; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion to Expedite is GRANTED pursuant to Local Bankruptcy Rule 9013-2.

2. An expedited hearing on the Motion to Amend will be held on December 19, 2023 in Courtroom I at 333 Constitution Avenue, NW, Washington DC 20001 and via Zoom, at 9:30 a.m.

3. Objections to the relief sought in the Motion to Amend shall be filed electronically with the Court on or prior to 10:00 a.m. one business day before the hearing on the Motion to Amend.

**END OF ORDER**

**I ASK FOR THIS**

/s/ *Justin P. Fasano*
Janet M. Nesse (DC Bar 358514)
Justin P. Fasano (DC Bar MD21201)

2

                                        McNamee Hosea, P.A.
                                        6404 Ivy Lane, Suite 820
                                        Greenbelt, Maryland  20770
                                        (301) 441-2420
                                        jnesse@mhlawyers.com
                                        jfasano@mhlawyers.com
                                        *Counsel to the Debtor*

**Cc:** all parties in case via CM/ECF


BC-K Partners, LLC
c/o Christopher Bogden
5272 River Road
Suite 400
Bethesda, MD 20814.