**22NTCHRG**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | **Case No. 23-00017-ELG** |
| **1716 R Street Flats LLC** | **Chapter 11** |
| **Debtor(s).** | |

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that the matters scheduled for 9:30 AM on 12/19/2023 are rescheduled to 2:00 PM on the same date.

in Courtroom 1 United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

For the Court:
Angela D. Caesar
BY: AM
Dated: 12/12/2023

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; parties as appropriate.