**McNamee Hosea**
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420

Statement as of: December 31, 2023

Statement No. 338597

Matter ID: 22122-1001
General Matters

| **Professional Fees** | | | Hours | Amount |
|---|---|---|---|---|
| 01/18/2023 | JPF | Schedule IDI (0.2); calls regarding trash at 4220 9th St (0.2). | 0.20 | 80.00 |
| 01/19/2023 | AKR | Mailing | 1.00 | 125.00 |
| 01/19/2023 | JPF | Revise and file COS (0.2); application to employ (0.6); e-mails with Realtor (0.1) and Sadler (0.1); calls with Eustis and R. Cunningham regarding first day motions (0.3); file numerous items (0.5). | 1.80 | 720.00 |
| 01/20/2023 | JPF | Meet with Bercadia representatives (1.2) | 1.20 | 480.00 |
| 01/26/2023 | JPF | Prepare for Zoom meeting with WCP | 2.00 | 800.00 |
| 02/09/2023 | JPF | Calls with Cunningham regarding vaious matters and pre-341 document production. | 1.00 | 400.00 |
| 02/13/2023 | JPF | Call with E. Hrisch regarding water bills (0.2); call with Verstandig regarding appraisals (0.2); call with Cunningham regarding various issues.(0.2) | 0.60 | 240.00 |
| 02/22/2023 | JPF | E-mail Hirsch regarding utility deposits. | 0.10 | 40.00 |
| 02/27/2023 | JPF | E-mails with realtor regarding listing, draft line regarding Z Flats | 0.30 | 120.00 |
| 02/28/2023 | JPF | Call with Eustis regarding items needed, call with Cunningham regarding same. | 0.50 | 200.00 |
| 03/08/2023 | JPF | Review documents to produce to UST. | 0.70 | 280.00 |
| 03/20/2023 | JPF | E-mails regarding MORs, Forbright issues | 0.50 | 200.00 |
| 03/21/2023 | JPF | Call Cunningham regarding various matters. | 0.20 | 80.00 |
| 04/18/2023 | JPF | Call with realtors regarding status. | 0.40 | 160.00 |
| 04/28/2023 | JPF | Calls with Brandes and Cunningham regarding sales. | 0.50 | 200.00 |
| 05/03/2023 | JPF | Status conference with court. | 0.50 | 200.00 |
| 05/10/2023 | JPF | Call with CUnningham regarding various matters. | 0.20 | 80.00 |
| 05/17/2023 | JPF | Draft stipulation regarding AP (0.5). Call with Press regarding same (0.2). | 0.70 | 280.00 |
| 05/18/2023 | JPF | Meet with Cunningham and Ruggieri | 1.00 | 400.00 |
| 06/21/2023 | JPF | Call with Cunningham regarding various matters. | 0.40 | 160.00 |
| 06/30/2023 | JPF | Call with Cunningham. | 0.20 | 80.00 |
| 07/18/2023 | JPF | E-mails with Forbright. | 0.20 | 80.00 |
| 08/02/2023 | CSM | Prepare Labels. Mass Mailing of Second Amended Plans; Second Amended Disclosure Statements; Orders; and Ballots, | 4.00 | 560.00 |
| 10/05/2023 | CSM | Scan and Email copy of the Z Flatts LLC Purchase and Sales Agreement | 0.10 | 14.00 |
| 10/22/2023 | JPF | Work on water order, e-mail Hirsch. | 0.20 | 80.00 |
| 12/18/2023 | CSM | Scan and Prepare FedEx for submission to US. Trustee regarding Cunningham Apartments.Trustee Checks 8279 to 8289. | 0.20 | 28.00 |
| 12/21/2023 | CSM | Prepared FedEx to U.S. Bank | 0.20 | 28.00 |
| | | | Sub-total Fees: | 6,115.00 |

| | | |
|---|---|---:|
| **Expenses** | | Amount |
| | Postage | 48.57 |
| | Prints - BW | 896.50 |
| | Copies | 25.00 |
| | PACER Search Fee | 19.60 |
| 01/18/2023 | FedEx | 32.28 |
| 01/18/2023 | FedEx | 15.67 |
| 01/18/2023 | FedEx | 11.28 |
| 01/18/2023 | FedEx | 26.63 |
| 01/18/2023 | FedEx | 11.73 |
| 01/18/2023 | FedEx | 18.15 |
| 01/18/2023 | FedEx | 11.28 |
| 01/18/2023 | FedEx | 11.28 |
| 01/18/2023 | FedEx | 11.28 |
| 01/18/2023 | FedEx | 11.28 |
| 01/18/2023 | FedEx | 11.28 |
| 01/18/2023 | FedEx | 11.28 |
| 01/25/2023 | FedEx | 27.02 |
| 01/25/2023 | FedEx | 32.45 |
| 01/25/2023 | FedEx | 18.42 |
| 01/25/2023 | FedEx | 11.45 |
| 01/25/2023 | FedEx | 11.45 |
| 01/25/2023 | FedEx | 11.45 |
| 01/25/2023 | FedEx | 11.45 |
| 07/05/2023 | FedEx | 18.30 |
| 08/09/2023 | Filing Fee | 5.50 |
| 11/14/2023 | Notary | 26.00 |
| 12/20/2023 | FedEx | 23.95 |
| | Sub-total Expenses: | $1,370.53 |

**Payments**

| | | |
|---|---|---|
| **Totals This Matter: 22122-1001** | Total Current Billing: | $7,485.53 |
| | Previous Balance Due: | $0.00 |
| | Interest on Past Due Balance: | $0.00 |
| | Payments: | $0.00 |
| | **Sub-Total This Matter:** | **$7,485.53** |

Matter ID: 22122-1002
Bank Matters

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| **Professional Fees** | | | | |
| 01/20/2023 | JPF | Calls with Sadler (Forbright) and Foley (FVC) - (1.0); Meet with Bercadia representatives (1.2) | 1.00 | 400.00 |
| 01/22/2023 | JPF | Call with D. Clark, e-mail S. Foley | 0.30 | 120.00 |
| 01/23/2023 | JPF | Call with Foley (0.1); Sadler (0.5). | 0.60 | 240.00 |
| 01/26/2023 | JPF | Calls with D. Folds, E. Schuster | 0.40 | 160.00 |
| 01/27/2023 | JPF | Call with Schuster and Clark regarding cash collateral issues. | 0.40 | 160.00 |
| 01/30/2023 | JPF | Call Arbor counsel (0.2); Sandy Spring counsel (0.1); R. Cunningham (0.4); E. Schuster (0.1); J. Sadler (0.4); S. Foley regarding cash collateral order (0.1) | 1.30 | 520.00 |
| 02/15/2023 | JPF | E-mails with Forbright, Main Street | 0.30 | 120.00 |
| 02/16/2023 | JPF | Calls with Schuster, Clark. | 0.40 | 160.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/17/2023 | JPF | Calls with Schuster regarding cash collateral payments. | 0.20 | 80.00 |
| 02/21/2023 | JPF | Calls with Sadler (0.3); Foley (0.2); e-mails with Schuster (0.2) | 0.70 | 280.00 |
| 02/22/2023 | JPF | Call D. Clark regarding Z Flats budget. | 0.20 | 80.00 |
| 02/23/2023 | JPF | Draft updated Z Flats budget. | 0.20 | 80.00 |
| 02/28/2023 | JPF | E-mails regarding SARE status, Sandy Spring payment. | 0.20 | 80.00 |
| 03/01/2023 | JPF | Call with Cunnignham regarding adequate protection payments. | 0.30 | 120.00 |
| 03/02/2023 | JPF | Calls regarding Forbright / Trustar payments. | 0.20 | 80.00 |
| 03/10/2023 | JPF | Call with Sadler regarding Forbright bank issues | 0.30 | 120.00 |
| 03/13/2023 | JPF | Call with Cunningham, e-mail regarding interest payments. | 0.20 | 80.00 |
| 03/24/2023 | JPF | Call regarding Trustar/ Sandy Spring issues. | 0.20 | 80.00 |
| 03/27/2023 | JPF | Call regarding Forbirght issues | 0.30 | 120.00 |
| 03/29/2023 | JPF | E-mails regarding Forbright (0.2); call with Foley regarding FVC (0.1) | 0.30 | 120.00 |
| 03/31/2023 | JPF | Call with Foley (0.2); Cunningham (0.2); e-mail Sadler (0.2) | 0.60 | 240.00 |
| 04/19/2023 | JPF | Call with D. Clark regarding Trustar issues (0.2); call with Nord regarding Sandy Spring issues (0.2) | 0.40 | 160.00 |
| 04/20/2023 | JPF | Call with Cunningham regarding various Sandy Spring issues (0.3) | 0.30 | 120.00 |
| 04/21/2023 | JPF | Calls with Foley (.2); Clark (0.3). | 0.50 | 200.00 |
| 04/24/2023 | JPF | Call with Clark and Cunningham regarding Trustar (0.3); work on budgets (0.3); call with Cunningham regarding FVC Bank questions (0.1); e-mail regarding Lauravin status (0.1) | 0.80 | 320.00 |
| 04/25/2023 | JPF | Calls and e-mails regarding Trustar release. | 0.50 | 200.00 |
| 04/26/2023 | JPF | Call with Brandes/ FVC counsel regarding Emerson sale. | 0.50 | 200.00 |
| 04/27/2023 | JPF | Call with Cunningham and Clark regarding Trustar. | 0.30 | 120.00 |
| 04/28/2023 | JPF | Calls with Cunningham (0.3); Clark (0.2) regarding Trustar issues; Folds regarding Lauravin (0.2). Call wwith Verstandig regarding plans (0.3) | 1.00 | 400.00 |
| 05/01/2023 | JPF | Call with Trustar counsel regarding release. | 0.20 | 80.00 |
| 05/02/2023 | JPF | Call with Schuster in advance of status conference. | 0.30 | 120.00 |
| 05/08/2023 | JPF | Call with Foley regarding plan, work on HUD 1. | 0.50 | 200.00 |
| 05/12/2023 | JPF | Work on Forbright issues (1.0) Sandy Spring issues (0.5) | 1.50 | 600.00 |
| 05/16/2023 | JPF | Calls with Sandy Spring/ Cunningham | 0.40 | 160.00 |
| 05/17/2023 | JPF | E-mails with Lauravin (0.1), calls with appraiser regarding Sandy Spring (0.2) | 0.30 | 120.00 |
| 05/22/2023 | JPF | E-mail F. Mae regarding Lauravin. | 0.10 | 40.00 |
| 05/24/2023 | JPF | E-maisl regarding Forbright (0.3). E-mails regarding Main Street (0.2) | 0.50 | 200.00 |
| 05/26/2023 | JPF | E-mails with Forbright. | 0.20 | 80.00 |
| 05/30/2023 | JPF | E-mail Schuster regarding plan status. | 0.10 | 40.00 |
| 05/31/2023 | JPF | T/C regarding Forbright issues | 0.30 | 120.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 06/01/2023 | JPF | Meet with Cunningham regarding bank refinances (1.0); e-mail Main Street (0.1); review Trustar (0.2) and FVC comments (0.2) regarding plans. | 1.50 | 600.00 |
| 06/13/2023 | JPF | Work on LeRae/ 1616 bank issues. | 1.00 | 400.00 |
| 06/15/2023 | JPF | Call with Schuster regarding plans, review cash collateral order, e-mail regarding refi lender | 0.40 | 160.00 |
| 06/20/2023 | JPF | Call with R. Dubose regarding Sandy Spring judgments. | 0.20 | 80.00 |
| 06/27/2023 | JPF | Calls with Cunningham regarding budget questions. | 0.30 | 120.00 |
| 07/03/2023 | JPF | Call with Ohm regarding new client. | 0.10 | 40.00 |
| 07/11/2023 | JPF | Work on Forbright issues. | 0.80 | 320.00 |
| 07/18/2023 | JPF | Review Sandy Spring objection, call with Nord. | 0.40 | 160.00 |
| 11/08/2023 | JPF | Work on Lauravin refinance. | 0.50 | 200.00 |
| | | | Sub-total Fees: | 9,000.00 |

**Totals This Matter: 22122-1002**

| | |
|---|---|
| Total Current Billing: | $9,000.00 |
| Previous Balance Due: | $0.00 |
| Interest on Past Due Balance: | $0.00 |
| Payments: | $0.00 |
| **Sub-Total This Matter:** | **$9,000.00** |

Matter ID: 22122-1003
WCP matters

| **Professional Fees** | | | Hours | Amount |
|---|---|---|---:|---:|
| 01/20/2023 | JPF | Call with M. Verstandig regarding SARE issues. | 0.20 | 80.00 |
| 01/22/2023 | JPF | Call with Verstandig (0.6); review objections regarding Trustar/ Sandy Spring (0.3). | 0.90 | 360.00 |
| 01/23/2023 | JPF | Call with Verstandig. | 0.20 | 80.00 |
| 01/27/2023 | JPF | Call with Verstanding regarding potential resolutions. | 0.20 | 80.00 |
| 01/30/2023 | JPF | Call with Verstandig regarding plan options. | 0.40 | 160.00 |
| 02/06/2023 | JPF | Call with M. Verstandig regarding Washingtonian plan. | 0.20 | 80.00 |
| 02/09/2023 | JPF | Call with Verstandig regarding global resolutions. | 0.50 | 200.00 |
| 02/15/2023 | JPF | Draft response regarding SARE motion | 2.20 | 880.00 |
| 02/22/2023 | JPF | Hearing on SARE issues. | 2.00 | 800.00 |
| 03/03/2023 | JPF | Calls with CUnningham regarding UST requests. | 0.20 | 80.00 |
| 03/10/2023 | JPF | Call with Verstandig regarding refinance. | 0.20 | 80.00 |
| 03/13/2023 | JPF | Call with Verstandig regarding status. | 0.10 | 40.00 |
| 04/16/2023 | JPF | Review WCP complaint, call with Verstandig | 0.60 | 240.00 |
| 04/19/2023 | JPF | Call with M. Verstandig regarding 319 3rd st. | 0.20 | 80.00 |
| 04/20/2023 | JPF | Call with Cunningham/ Verstandig regarding various issues. | 0.20 | 80.00 |
| 04/24/2023 | JPF | Calls with Verstandig regarding plan | 0.40 | 160.00 |
| 05/08/2023 | JPF | Call with Verstanding regarding counteroffer (0.6), call with Cunningham regarding same (.7) | 1.30 | 520.00 |
| 05/11/2023 | JPF | Make couneroffer regarding plan, call with Verstandig regarding same | 1.60 | 640.00 |
| 06/15/2023 | JPF | Draft stipulation regarding extension regarding adversary. | 0.40 | 160.00 |
| 06/16/2023 | JPF | Call with Verstandig regarding settlement. | 0.50 | 200.00 |
| 06/19/2023 | JPF | Call with Verstandig regarding stip, file same. | 0.40 | 160.00 |
| 07/11/2023 | JPF | Call with M. Verstandig regarding plan issues, building access. | 0.30 | 120.00 |
| | | | Sub-total Fees: | 5,280.00 |

**Totals This Matter: 22122-1003**

| | |
|---|---:|
| Total Current Billing: | $5,280.00 |
| Previous Balance Due: | $0.00 |
| Interest on Past Due Balance: | $0.00 |
| Payments: | $0.00 |
| **Sub-Total This Matter:** | **$5,280.00** |

Matter ID: 22122-1004
First Day Matters

| **Professional Fees** | | | Hours | Amount |
|---|---|---|---:|---:|
| 01/16/2023 | JPF | Draft cash collateral motion (1.5). Revise joint administration motion (0.5). Draft disclosure of compensation (0.4); Calls with K. Smith regarding items needed and e-mails with court regarding first day motions (0.6). | 3.00 | 1,200.00 |
| 01/17/2023 | JPF | Work on cash collateral motions (1.8); joint administration motion (0.6); call with Verstandig (0.1); Eustis (0.3); calls with Cunningham regarding budget (0.4) | 3.90 | 1,560.00 |
| 01/18/2023 | JPF | Calls with court regarding first day hearing, calls with Verstandig and Eustis regarding same (0.4). Work on service list, COS, amend order to expedite (0.5). | 0.90 | 360.00 |
| 01/20/2023 | JPF | E-mails regarding Zoom Instructions | 0.10 | 40.00 |
| 01/23/2023 | JPF | Prepare for and attend first day hearings (1.5), draft orders thereafter (0.4) | 1.90 | 760.00 |
| 01/24/2023 | JPF | Call with Nord regarding Sandy Spring (0.2); call with Verstandig regarding various items (0.2); work on orders (0.3); e-mail K. Eustis regarding orders (0.2). | 0.80 | 320.00 |
| 01/25/2023 | JPF | Finalize and submit first day orders. | 1.30 | 520.00 |
| 01/31/2023 | JPF | Prepare for and attend cash collateral hearings, calls with Eustis thereafter. | 2.40 | 960.00 |
| 02/01/2023 | JPF | Edit cash collateral order and calls with numerous parties regarding same. | 1.50 | 600.00 |
| 02/02/2023 | JPF | Work on cash collateral order (1.3); e-mail to Cunningham regarding items needed (0.4). | 1.70 | 680.00 |
| 02/03/2023 | JPF | E_mails and calls to finalize cash collateral order. | 0.40 | 160.00 |
| 03/22/2023 | JPF | Hearing regarding DIP accounts. | 0.80 | 320.00 |
| | | | Sub-total Fees: | 7,480.00 |

| **Totals This Matter: 22122-1004** | | |
|---|---|---:|
| | Total Current Billing: | $7,480.00 |
| | Previous Balance Due: | $0.00 |
| | Interest on Past Due Balance: | $0.00 |
| | Payments: | $0.00 |
| | **Sub-Total This Matter:** | **$7,480.00** |

Matter ID: 22122-1005
Schedules/ Statements/ Reports

| Professional Fees | | | Hours | Amount |
|---|---|---|---:|---:|
| 01/27/2023 | JPF | Gather documents for IDI, call with Pika regarding same. | 1.20 | 480.00 |
| 01/30/2023 | JPF | Work on motion to extend (0.5); attend IDI (2.2). | 2.70 | 1,080.00 |
| 02/01/2023 | JPF | E-mails Pika regarding requested items. | 0.20 | 80.00 |
| 02/03/2023 | JPF | Work on schedules. | 3.60 | 1,440.00 |
| 02/06/2023 | JPF | Meet with Cunningham, go over schedules. | 5.30 | 2,120.00 |
| 02/14/2023 | JPF | Calls with Cunningham regarding MORs and preparation for 341. | 0.50 | 200.00 |
| 02/15/2023 | CSM | Email to Mr. Cunningham Blank Monthly Operating Reports | 0.10 | 14.00 |
| 02/15/2023 | JPF | Prepare for 341, e-mails regarding MORs. | 2.30 | 920.00 |
| 02/16/2023 | JPF | Prepare for and attend 341 meeting. | 2.20 | 880.00 |
| 02/20/2023 | JPF | Work on MOR's. | 2.00 | 800.00 |
| 02/21/2023 | JPF | Meet with Cunningham regarding MORS. | 1.70 | 680.00 |
| 03/09/2023 | JPF | Finalize amended SOFA's, MORS. | 1.40 | 560.00 |
| 03/10/2023 | JPF | Work on SARE Stip (0.5); MORs (0.5). | 1.00 | 400.00 |
| 03/14/2023 | JPF | E-mail Schuster, prepare for status conference. | 0.30 | 120.00 |
| 03/28/2023 | JPF | Work on MORs. | 2.50 | 1,000.00 |
| 03/29/2023 | JPF | Work on MORs. | 0.60 | 240.00 |
| 05/01/2023 | JPF | Work on MORs. | 0.50 | 200.00 |
| 05/02/2023 | JPF | Work on MORs for tenanted properties. | 1.00 | 400.00 |
| 05/09/2023 | JPF | Work on MORs. | 1.00 | 400.00 |
| 06/19/2023 | JPF | E-mails regarding MORs, UST Fees/ | 0.20 | 80.00 |
| 06/23/2023 | JPF | Work on MORs, budgets. | 2.50 | 1,000.00 |
| 06/26/2023 | JPF | Work on MORS | 2.00 | 800.00 |
| 07/17/2023 | JPF | Draft 1618 Schedules. | 0.70 | 280.00 |
| 08/21/2023 | CSM | Scan 26 signed Monthly Operation Reports for June and July. Email and Save copy | 0.50 | 70.00 |
| 08/21/2023 | JPF | Work on MORs for June and July | 2.10 | 840.00 |
| | | | Sub-total Fees: | 15,084.00 |

**Totals This Matter: 22122-1005**

| | |
|---|---:|
| Total Current Billing: | $15,084.00 |
| Previous Balance Due: | $0.00 |
| Interest on Past Due Balance: | $0.00 |
| Payments: | $0.00 |
| **Sub-Total This Matter:** | **$15,084.00** |

Matter ID: 22122-1006
Employment/ Fee Applications

| **Professional Fees** | | | Hours | Amount |
|---|---|---|---|---|
| 01/23/2023 | JPF | E-mails with Eustis regarding application to employ. | 0.20 | 80.00 |
| 01/26/2023 | JPF | Call with realtors regarding properties. | 1.00 | 400.00 |
| 01/30/2023 | JPF | Revise realtor agreements. | 0.30 | 120.00 |
| 02/01/2023 | JPF | Review listing agreements, call with Webb. | 0.50 | 200.00 |
| 02/02/2023 | JPF | Work on realtor application. | 1.40 | 560.00 |
| 02/03/2023 | JPF | Revise realtor application. | 0.40 | 160.00 |
| 02/06/2023 | JPF | Finalize and file realtor application. | 0.40 | 160.00 |
| 02/17/2023 | JPF | E-mails regarding realtor order, revise and upload same. | 0.20 | 80.00 |
| 03/16/2023 | JPF | Draft LT lawyer employment application. | 0.70 | 280.00 |
| 05/04/2023 | AKR | Mailing notices of hearing and opportunity to object to disclosure statement | 2.00 | 250.00 |
| 05/04/2023 | CSM | Prepare Labels and Envelopes.Mail out Notice, Disclosure Statement and Plan | 0.50 | 70.00 |
| 07/14/2023 | JPF | Draft 1618 application to employ. | 0.50 | 200.00 |
| 07/17/2023 | CSM | Prepare Label and Envelope. Mailing of Application to Employ McNamee Hosea as Counsel for Debtor and Debtor in Possession | 0.20 | 28.00 |
| 07/17/2023 | JPF | Draft revised 1618 applicaiton to employ. | 0.50 | 200.00 |
| 07/25/2023 | JPF | Draft MH employment order regarding 1618. | 0.30 | 120.00 |
| 08/01/2023 | JPF | Finalize and submit 1618 employment order. | 0.10 | 40.00 |
| 12/29/2023 | JPF | Fee application | 1.50 | 600.00 |
| | | | Sub-total Fees: | 3,548.00 |

| **Expenses** | | Amount |
|---|---|---|
| | Prints - BW | 236.60 |
| | Postage | 12.72 |
| | Sub-total Expenses: | $249.32 |

| **Totals This Matter: 22122-1006** | | |
|---|---|---|
| | Total Current Billing: | $3,797.32 |
| | Previous Balance Due: | $0.00 |
| | Interest on Past Due Balance: | $0.00 |
| | Payments: | $0.00 |
| | **Sub-Total This Matter:** | **$3,797.32** |

Matter ID: 22122-1007
Plan/ Disclosure Statement

**Professional Fees**                                                                  Hours        Amount

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 05/01/2023 | JPF | Draft 1716/ 1601 Disclosure Statements, Amended Plan, | 2.20 | 880.00 |
| 05/02/2023 | JPF | Work on two disclosure statements (0.9); call with Verstandig regarding global plan (0.5). | 1.40 | 560.00 |
| 05/03/2023 | JPF | Draft notice regarding disclosure statemetns (0.4); e-mail Freeman and Dubose regarding plans (0.4). | 0.80 | 320.00 |
| 05/17/2023 | JPF | Call with Verstandig regarding global plan. | 0.30 | 120.00 |
| 05/22/2023 | JPF | Call with Verstandig regarding plan (0.3); (0.2); meet with Cunningham Ruggieri and Enterpreise (.9) | 1.40 | 560.00 |
| 06/02/2023 | JPF | Call with Cunningham regarding UST fees (0.3); work on amended plans regarding first cases (1.5); draft letter to Capital Improvement (0.3); call with Verstandig (0.3). | 2.40 | 960.00 |
| 06/05/2023 | JPF | Call with Verstandig regarding plans, review Foley comments regarding same. | 0.40 | 160.00 |
| 06/06/2023 | JPF | Revise and file third amended plans. | 1.40 | 560.00 |
| 06/07/2023 | JPF | Court hearing on disclosure statements, draft approval order. | 2.00 | 800.00 |
| 06/08/2023 | JPF | Work on letter regarding status to refi lender. | 0.60 | 240.00 |
| 06/09/2023 | JPF | Call with Verstandig regarding plan, draft 1618 plan. | 0.80 | 320.00 |
| 06/12/2023 | JPF | Draft COS for first four plans. | 1.20 | 480.00 |
| 06/16/2023 | CSM | Prepare Labels and Envelopes. Mailng re: Class 1 C Ballot, Amended Disclosure, Order, Plan and Exhibits | 1.00 | 140.00 |
| 06/23/2023 | JPF | Draft 9019. | 1.50 | 600.00 |
| 06/26/2023 | JPF | Meet with Cunningham, file final five plans. | 4.50 | 1,800.00 |
| 07/05/2023 | JPF | E-mails regarding Sandy Spring payment; work on UST payment, review new offer for vacants. | 1.00 | 400.00 |
| 07/06/2023 | JPF | Emails with Forbright | 0.10 | 40.00 |
| 07/14/2023 | JPF | Call with Verstandig regarding plan. | 0.20 | 80.00 |
| 07/18/2023 | JPF | Call with Clark and Verstandig regarding plans, draft tallies of ballots. | 0.50 | 200.00 |
| 07/19/2023 | JPF | Review objections to plan, disclosure statement, draft tally of ballots. | 0.40 | 160.00 |
| 07/20/2023 | JPF | Review plan objections and call with Cunningham regarding same (0.4); revise and file tally of ballots (0.3); call with Folds regarding Lauravin | 1.00 | 400.00 |
| 07/21/2023 | JPF | Call with Clark regarding plan issues (0.2); call with Ruggieri and Cunningham (0.3). | 0.50 | 200.00 |
| 07/23/2023 | JPF | Work on 1716/ 1601 Confirmation Orders (1.2); revise 1616 plan (0.4); revise LeRae Plan (0.3); review Lauravin plan (0.9); revise 4649 plan (0.4). | 3.20 | 1,280.00 |
| 07/24/2023 | JPF | Work on plans/ redlines/ exhibits. | 3.20 | 1,280.00 |
| 07/25/2023 | JPF | Calls with Folds, Dubose, Hirsch and Cunningham regarding plan sisues. | 0.80 | 320.00 |
| 07/26/2023 | JPF | Prepare for and attend confirmation/ disclosure statement/ settlement hearing (2.0). Draft disclosure statement approval orders (0.5). Draft settlement approval order and call with Verstandig regarding same (0.3). Call with Foley (0.2). E-mails regarding 1618 IDI, 341 (0.2) | 3.10 | 1,240.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/27/2023 | JPF | Draft ballots (.8); amended disclosure statements and orders(0.6). Call with Folds and review lAuravin note/ settlement proposal (.8) | 2.20 | 880.00 |
| 07/28/2023 | JPF | Revise disclosure statement approval orders and confirmation orders | 2.50 | 1,000.00 |
| 08/02/2023 | AKR | Mailing out COS and ballots | 1.00 | 125.00 |
| 08/02/2023 | JPF | Work on certificates of service regarding 4 new plans (0.8); confirmation orders regarding old plans (0.3); call with R. Cunningham and D. Folds regarding Lauravin plan (0.4) | 1.50 | 600.00 |
| 08/03/2023 | JPF | Call with Verstandig regarding confirmation orders and submit same (0.3); e-mail Folds regarding Lauravin plan (0.2). | 0.50 | 200.00 |
| 08/07/2023 | JPF | Call with Verstandig regarding notes/ guarantees. | 0.20 | 80.00 |
| 08/10/2023 | JPF | Call with Ruggieri regarding testimony (0.2), with Cunningham regarding various issues (0.2), and call with BRandes regarding sales (0.2) | 0.60 | 240.00 |
| 08/16/2023 | JPF | Draft e-mail to CUnningham refi lender regarding status (0.4); call with Folds regarding Lauravin Plan (0.3); e-mail to Ruggieri regarding status (0.3). | 1.00 | 400.00 |
| 08/17/2023 | JPF | Call with Nord regarding Sandy Spring plan issues (0.3); call with Cunningham (0.2); Ruggieri (0.2); e-mail Folds (0.1); review documents sent by Cunningham (0.2). | 1.00 | 400.00 |
| 08/18/2023 | JPF | E-mails regarding 4649, Lauravin plan. | 0.50 | 200.00 |
| 08/22/2023 | JPF | Work on Fannie Mae proposal/ Lauravin plan (0.5). E-mails regarding ballots to various lenders (0.5). Call with Sadler regarding plan (0.2). | 1.20 | 480.00 |
| 08/24/2023 | JPF | Calls with Verstandig regarding Lerae II tenants, call with Richard Cunningham regarding same. | 0.80 | 320.00 |
| 08/25/2023 | JPF | Review LeRae II leases, call Verstandig/ Cunningham regarding same. Review LeRae statements. | 1.00 | 400.00 |
| 08/28/2023 | JPF | Work on stipulation re adversary and file same (0.3); calls with R. Cunningham regarding Sandy Spring issues (0.4); call with Verstandig regarding ballot issues (0.3); work on Lauravin plan (0.5); call with Hirsch to resolve DC Water issues (0.3); work on ballot tallies (0.7). | 2.50 | 1,000.00 |
| 08/29/2023 | JPF | Preparation for confirmation hearing. | 1.50 | 600.00 |
| 08/30/2023 | JPF | Calls with Hirsch (0.4); work on refi letter (0.4); call with Nord (0.2); call with Clark (0.4); call with Verstandig regarding Lerae II (0.2). | 1.60 | 640.00 |
| 08/31/2023 | JPF | Confirmation hearing. | 3.00 | 1,200.00 |
| 09/01/2023 | JPF | Draft Lerae confirmation order (1.8); 1618 confirmation order (1.0); 1609 confirmation order (0.7) | 3.50 | 1,400.00 |
| 09/04/2023 | JPF | Work on 4649 confirmation order (0.5); Lauravin confirmation order (0.5); 1616 confirmation order (0.5). | 1.50 | 600.00 |
| 09/05/2023 | JPF | Call with Cunningham regarding Lerae confirmation order and upload same (0.2); Call with Verstandig regarding 1618 confirmation order and upload same (0.2); e-mails wtih Sadler (.2); e-mails regarding Lauravin confirmation order (0.2); call with Foley regarding closing and e-mails regarding same (0.3); call with Clark regarding closing and e-mails regarding same (0.3); call with Hirsch regarding 4220 confirmation order (0.2) | 1.60 | 640.00 |
| 09/06/2023 | JPF | Call with Cunningham. | 0.20 | 80.00 |
| 09/07/2023 | JPF | Work on confirmation orders, submit Lauravin/ 4649 | 0.60 | 240.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/13/2023 | JPF | E-mails regarding confirmation orders. | 0.30 | 120.00 |
| 09/15/2023 | JPF | Calls with Lauravin (0.2); Z Flats status (0.2) | 0.40 | 160.00 |
| 09/19/2023 | JPF | Draft Lerae motion to assume. | 1.00 | 400.00 |
| 09/20/2023 | JPF | Lerae | 0.90 | 360.00 |
| 09/25/2023 | JPF | E-mails regarding 1601 closing. | 0.20 | 80.00 |
| 09/26/2023 | JPF | E-mails regarding 1601 closing. | 0.30 | 120.00 |
| 09/28/2023 | JPF | Call with Cunningham (0.3); workin on 1601 closing (.3); work on Lerae II assumpiton order (0.5). | 1.10 | 440.00 |
| 09/29/2023 | JPF | Work on 1601 closing | 0.80 | 320.00 |
| 10/05/2023 | CMP | Review of e-mails from Foley and title company | 0.20 | 85.00 |
| 10/05/2023 | JPF | Work on 1601 closin. | 2.00 | 800.00 |
| 10/06/2023 | CMP | Multiple e-mails, telephone calls with Foley, client and title company | 0.80 | 340.00 |
| 10/06/2023 | JPF | Work on 1601 closing. | 0.40 | 160.00 |
| 10/09/2023 | JPF | Calls with Foley regarding closing. | 0.40 | 160.00 |
| 10/10/2023 | CMP | Review of e-mails from title company forwarding settlement statement | 0.20 | 85.00 |
| 10/10/2023 | CMP | Telephone call with Foley; Review of e-mails forwarding agreement; E-mail to client regarding execution of agreement | 0.40 | 170.00 |
| 10/10/2023 | JPF | Work on settlement. | 0.50 | 200.00 |
| 10/11/2023 | CMP | Review of e-mails from Foley and settlement company | 0.20 | 85.00 |
| 10/11/2023 | JPF | E-mails regarding 1628 refinance. | 0.20 | 80.00 |
| 10/18/2023 | JPF | Call with Foley (0.2); work on DC Water consent order and attend hearing. (0.6) | 0.80 | 320.00 |
| 10/25/2023 | JPF | Draft water order, uplaod. | 0.20 | 80.00 |
| 10/26/2023 | JPF | Work on Forbright wire. | 0.50 | 200.00 |
| 11/01/2023 | JPF | Attend status conference | 0.10 | 40.00 |
| 11/02/2023 | JPF | Work on 1605 closing | 0.50 | 200.00 |
| 11/06/2023 | JPF | Work on 1605 closing | 0.50 | 200.00 |
| 11/07/2023 | JPF | Work on WCP deeds. | 1.00 | 400.00 |
| 11/13/2023 | CSM | Scan and Email copy of Short Sale Agreement | 0.10 | 14.00 |
| 11/13/2023 | CSM | Scan and Email copies of Chapter 11 Deeds and Recordation Forms | 0.30 | 42.00 |
| 11/16/2023 | JPF | Call with E. Shuster. | 0.20 | 80.00 |
| 11/21/2023 | JPF | Call with Clark and oHm regarding closing. | 0.40 | 160.00 |
| 12/01/2023 | JPF | E-mails regarding Trinidad refinance. | 0.30 | 120.00 |
| 12/05/2023 | CSM | Prepare Envelope. Mailing regarding Motion pursuant to Fed R. Bankr. P. 9024 and Fed.R. Civ. P. 60(a) to correct Omission in Order third Amended Joint Plan of Liquidation | 0.20 | 28.00 |
| 12/05/2023 | JPF | Finalize and file motion regarding confirmation order. | 0.50 | 200.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/06/2023 | JPF | Court heairng regarding Z Flats. | 0.20 | 80.00 |
| 12/08/2023 | JPF | Draft and file motion to expedite. | 0.50 | 200.00 |
| 12/19/2023 | JPF | E-mails regarding water order, Emerson order, upload same. | 0.50 | 200.00 |
| 12/20/2023 | JPF | E-mails and calls regarding Trinity refinancing | 0.50 | 200.00 |
| 12/21/2023 | JPF | E-mails regarding Emerson closing | 0.50 | 200.00 |
| 12/27/2023 | JPF | Work on Emerson clsing. | 1.00 | 400.00 |
| 12/28/2023 | JPF | Work on Trinidad closing. | 1.00 | 400.00 |
| 12/29/2023 | JPF | Trinidad settlement | 0.50 | 200.00 |

Sub-total Fees: 33,954.00

**Expenses** Amount

| Date | Description | Amount |
|---|---|---|
| | Postage | 2.31 |
| | Prints - BW | 12.20 |
| 11/13/2023 | FedEx | 11.14 |
| 11/13/2023 | FedEx | 10.48 |

Sub-total Expenses: $36.13

**Totals This Matter: 22122-1007**

| | |
|---|---|
| Total Current Billing: | $33,990.13 |
| Previous Balance Due: | $2,880.00 |
| Interest on Past Due Balance: | $28.80 |
| Payments: | $0.00 |
| **Sub-Total This Matter:** | **$36,898.93** |

| | |
|---|---|
| Previous Balance Due: | $2,880.00 |
| Total Current Fees: | $80,461.00 |
| Total Current Expenses: | $1,655.98 |
| Interest on Past Due Balance: | $28.80 |
| Total Current Billing: | $82,145.78 |
| Total Payments: | $0.00 |
| **Total Now Due:** | **$85,025.78** |

Page:14

***Thank You!***
Terms:  Net Due Upon Receipt
Please include Matter ID Number with Remittance
**Please visit www.mhlawyers.com/payments to pay online**
**We accept VISA, MasterCard, Discover, American Express and ACH (bank to bank) payments.**