**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| 1716 R Street Flats LLC; | ) | Case Nos. 23-00017 to 23-00028-ELG |
| The Z Flats L.L.C.; | ) | |
| 1605 17th Street Flats LLC; | ) | |
| 1601 17th Place Flats LLC; | ) | Chapter 11 |
| 1609 17th Place Flats LLC; | ) | (Jointly Administered under |
| The Lauravin Luxury Apt. Homes III L.L.C.; | ) | Case No. 23-00017-ELG) |
| The Washingtonian L.L.C.; | ) | |
| 1616 27th Street Flats L.L.C.; | ) | |
| Lerae Towers II, LLC; | ) | |
| The Lerae Towers, LLC; | ) | |
| 4220 Ninth Street Flats LLC; | ) | |
| 4649 Hillside Road Flats LLC. | ) | |
| | ) | |
| Reorganized Debtors | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| 1618 17th Place, LLC, | ) | Case No. 23-00167-ELG |
| | ) | |
| Reorganized Debtor | ) | |
| | ) | |

**NOTICE OF HEARING AND OPPORTUNITY TO OBJECT TO
FIRST AND FINAL APPLICATION OF MCNAMEE HOSEA, P.A. FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

**PLEASE TAKE NOTICE** that McNamee Hosea, P.A. ("McNamee Hosea"), has filed a *First and Final Application for Approval of Compensation and Expenses* ("Application") for the period January 16, 2023 through December 29, 2023. The Application seeks final approval of fees for McNamee Hosea in the amount of $65,000.00 and expenses in the amount of $1,602.50 for a total award of $66,602.50. This is the First and Final application for approval of compensation.

**PLEASE TAKE NOTICE** that if you intend to object to the Application, you must, by January 24, 2023 file and serve a written objection to the Application. The objection must be filed with the Clerk of the Bankruptcy Clerk, U.S. Courthouse, 3rd and Constitution Ave., NW, Washington, DC, 20001, and service (by electronic transmission, delivery or mailing of copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append legal memoranda , affidavits and

documents in support of your objection. IF YOU FAIL TO FILE A TIMELY OBJECTION, THE APPLICATION MAY BE APPROVED BY THE BANKRUPTCY COURT WITHOUT A HEARING. Further, the Court may grant the relief requested without a hearing, if the objection filed states inadequate grounds for denial. Any questions may be directed to the undersigned.

**PLEASE TAKE NOTICE that a hearing will be held on January 31, 2024, at 10:00 a.m. regarding the Application.** Pursuant to General Order 2023-3 the hearing will be held in a hybrid in-person or Zoom for Government format. All participants may choose to appear either (a) in-person in Courtroom 1, United States Bankruptcy Court for the District of Columbia, E. Barrett Prettyman, 333 Constitution Ave. NW, Washington, DC 20001 or (b) by video using Zoom for Government. All parties participating by Zoom for Government before Judge Gunn should review and be familiar with the "Virtual Hearing Expectations." Parties in interest with questions or wish to appear virtually shall contact the Bankruptcy Court's Courtroom Deputy at aimee_mathewes@dcb.uscourts.gov for Zoom login instructions.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief.

Dated: January 5, 2024            Respectfully submitted,

/s/ *Justin P. Fasano*
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jfasano@mhlawyers.com
Counsel for the Reorganized Debtors

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2024, a copy of the foregoing was filed and served via the Court's Electronic Case Filing System on all parties receiving notice thereby, and by first-class mail, postage prepaid, to:

> Richard Cunningham, managing member
> 5614 Connecticut Ave., NW
> Suite 134, Washington; 20015
>
> Richard Cunningham,
> 6310 Blackwood Road
> Bethesda, MD 20817
>
> Jesyl Crowdy-Volkens
> 6310 Blackwood Road
> Bethesda, MD 20817
>
> Office of the United States Trustee
> 1725 Duke Street, Suite 650
> Alexandria, VA 22314
>
> And all creditors on all matrixes in these cases.

                        /s/ *Justin P. Fasano*
                        Justin P. Fasano