The order below is hereby signed.

Signed: January 25 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| In re: | ) | |
|---|---|---|
| | ) | |
| 1716 R Street Flats LLC; | ) | Case Nos. 23-00017 to 23-00028-ELG |
| The Z Flats L.L.C.; | ) | |
| 1605 17th Street Flats LLC; | ) | |
| 1601 17th Place Flats LLC; | ) | Chapter 11 |
| 1609 17th Place Flats LLC; | ) | (Jointly Administered under |
| The Lauravin Luxury Apt. Homes III | ) | Case No. 23-00017-ELG) |
| L.L.C.; | ) | |
| The Washingtonian L.L.C.; | ) | |
| 1616 27th Street Flats L.L.C.; | ) | |
| Lerae Towers II, LLC; | ) | |
| The Lerae Towers, LLC; | ) | |
| 4220 Ninth Street Flats LLC; | ) | |
| 4649 Hillside Road Flats LLC. | ) | |
| | ) | |
| Reorganized Debtors | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| 1618 17th Place, LLC, | ) | Case No. 23-00167-ELG |
| | ) | |
| Reorganized Debtor | ) | |
| | ) | |

### ORDER GRANTING FIRST AND FINAL APPLICATION OF MCNAMEE HOSEA, P.A. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the *First and Final Application for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred* (the "Application," Docket No. 240) for the period of January 16, 2023 through December 29, 2023 (the "Application Period") filed by McNamee Hosea, P.A. ("McNamee Hosea"), having been filed and served pursuant to Bankruptcy Rules 2002 and 2016; and this Court having fully considered the record before it; and good and sufficient cause appearing therefore, it is hereby

**ORDERED**, that the Application is GRANTED; and it is further

**ORDERED,** that the request contained within the Application be, and the same is hereby, approved and allowed, on a final basis, in the amount of $65,000.00 as compensation for services rendered during the Application Period, and in the additional amount of $1,602.50 for reimbursement for out-of-pocket expenses; and it is further

**ORDERED**, that the request contained within the Application be, and the same is hereby, approved and allowed, and that the Reorganized Debtors are authorized to pay McNamee Hosea the sum of $66,602.50.

### I ASK FOR THIS

/s/ *Justin P. Fasano*
McNamee Hosea, P.A.
Justin P. Fasano, Esquire (DCB #MD21201)
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Phone: 301-441-2420
jfasano@mhlawyers.com
*Counsel for Debtor*

2

**SEEN AND NO OBJECTION**

/s/ Michael Freeman
Michael Freeman (DC Bar No. 1005049)
Trial Attorney
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274
michael.t.freeman@usdoj.gov

**UST ENDORSEMENT TO BE ADDED UPON RECEIPT**

cc:  Richard Cunningham, managing member
5614 Connecticut Ave., NW
Suite 134, Washington; 20015

Richard Cunningham,
6310 Blackwood Road
Bethesda, MD 20817

Jesyl Crowdy-Volkens
6310 Blackwood Road
Bethesda, MD 20817

Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314