The order below is hereby signed.

Signed: January 25 2024



_____
Elizabeth L. Gunn
U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| 1716 R Street Flats LLC; | ) | Case Nos. 23-00017 to 23-00028-ELG |
| The Z Flats L.L.C.; | ) | |
| 1605 17th Street Flats LLC; | ) | |
| 1601 17th Place Flats LLC; | ) | Chapter 11 |
| 1609 17th Place Flats LLC; | ) | (Jointly Administered under |
| The Lauravin Luxury Apt. Homes III L.L.C.; | ) | Case No. 23-00017-ELG) |
| The Washingtonian L.L.C.; | ) | |
| 1616 27th Street Flats L.L.C.; | ) | |
| Lerae Towers II, LLC; | ) | |
| The Lerae Towers, LLC; | ) | |
| 4220 Ninth Street Flats LLC; | ) | |
| 4649 Hillside Road Flats LLC. | ) | |
| | ) | |
| Reorganized Debtors | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| 1618 17th Place, LLC, | ) | Case No. 23-00167-ELG |
| | ) | |
| Reorganized Debtor | ) | |
| | ) | |

**ORDER GRANTING FIRST AND FINAL APPLICATION OF
MCNAMEE HOSEA, P.A. FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the *First and Final Application for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred* (the "Application," Docket No. 240) for the period of January 16, 2023 through December 29, 2023 (the "Application Period") filed by McNamee Hosea, P.A. ("McNamee Hosea"), having been filed and served pursuant to Bankruptcy Rules 2002 and 2016; and this Court having fully considered the record before it; and good and sufficient cause appearing therefore, it is hereby

**ORDERED**, that the Application is GRANTED; and it is further

**ORDERED,** that the request contained within the Application be, and the same is hereby, approved and allowed, on a final basis, in the amount of $65,000.00 as compensation for services rendered during the Application Period, and in the additional amount of $1,602.50 for reimbursement for out-of-pocket expenses; and it is further

**ORDERED**, that the request contained within the Application be, and the same is hereby, approved and allowed, and that the Reorganized Debtors are authorized to pay McNamee Hosea the sum of $66,602.50.

**I ASK FOR THIS**

/s/ *Justin P. Fasano*
McNamee Hosea, P.A.
Justin P. Fasano, Esquire (DCB #MD21201)
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Phone: 301-441-2420
jfasano@mhlawyers.com
*Counsel for Debtor*

**SEEN AND NO OBJECTION**

/s/ Michael Freeman
Michael Freeman (DC Bar No. 1005049)
Trial Attorney
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274
michael.t.freeman@usdoj.gov

**UST ENDORSEMENT TO BE ADDED UPON RECEIPT**

    cc:    Richard Cunningham, managing member
           5614 Connecticut Ave., NW
           Suite 134, Washington; 20015

           Richard Cunningham,
           6310 Blackwood Road
           Bethesda, MD 20817

           Jesyl Crowdy-Volkens
           6310 Blackwood Road
           Bethesda, MD 20817

           Office of the United States Trustee
           1725 Duke Street, Suite 650
           Alexandria, VA 22314

United States Bankruptcy Court

District of Columbia

In re:  Case No. 23-00017-ELG

1716 R Street Flats LLC  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 4
Date Rcvd: Jan 25, 2024     Form ID: pdf001     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Jesyl Crowdy-Volkens, 6310 Blackwood Road, Bethesda, MD 20817-5904 |
| | + | Richard Cunningham, 5614 Connecticut Ave., NW, Suite 134, Washington, DC 20015-2604 |
| 765398 | + | Richard Cunningham, 6310 Blackwood Road, Bethesda, MD 20817-5904 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2024      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2024 at the address(es) listed below:**

**Name**      **Email Address**

Darrell W. Clark
    on behalf of Creditor Trustar Bank darrell.clark@stinson.com Siobhan.rudolph@stinson.com

Emil Hirsch
    on behalf of Creditor DC Water ehirsch@carltonfields.com
    ewhittington@carltonfields.com;wdcecf@cfdom.net;tcarroll@carltonfields.com

Eric Scott Schuster
    on behalf of Creditor MainStreet Bank eschuster@fblaw.com

J. David Folds
    on behalf of Creditor Federal National Mortgage Association dfolds@bakerdonelson.com lcarpenter@bakerdonelson.com

John D. Sadler
    on behalf of Creditor Forbright Bank formerly known as Congressional Bank Sadlerj@ballardspahr.com,

Case 23-00017-ELG   Doc 217   Filed 01/27/24   Entered 01/28/24 00:04:50   Desc
Imaged Certificate of Notice   Page 5 of 7

| District/off: 0090-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 25, 2024 | Form ID: pdf001 | Total Noticed: 3 |

andersonn@ballardspahr.com

Justin Philip Fasano
on behalf of Debtor In Possession 1609 17th Place Flats LLC jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Interested Party 4220 Ninth Street Flats LLC jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Interested Party 1601 17th Place Flats LLC jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Interested Party 1605 17th Street Flats LLC jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Debtor In Possession Lerae Towers II  LLC jfasano@mhlawyers.com,
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Debtor In Possession 4220 Ninth Street Flats LLC jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Defendant 4220 Ninth Street Flats LLC jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Defendant 1605 17th Street Flats LLC jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Debtor In Possession The Z Flats L.L.C. jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Defendant 1601 17th Place Flats LLC jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Defendant The Washingtonian L.L.C. jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Defendant Lerae Towers II  LLC jfasano@mhlawyers.com,
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Debtor In Possession 1605 17th Street Flats LLC jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Debtor In Possession 1716 R Street Flats LLC jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Defendant 1609 17th Place Flats LLC jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Debtor In Possession 1601 17th Place Flats LLC jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Debtor In Possession 4649 Hillside Road Flats LLC jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Defendant The Lauravin Luxury Apartment Homes III L.L.C. jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Interested Party 4649 Hillside Road Flats LLC jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Debtor In Possession The Lauravin Luxury Apartment Homes III L.L.C. jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano

Case 23-00017-ELG   Doc 217   Filed 01/27/24   Entered 01/28/24 00:04:50   Desc
Imaged Certificate of Notice   Page 6 of 7

| District/off: 0090-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 25, 2024 | Form ID: pdf001 | Total Noticed: 3 |

| | |
|---|---|
| | on behalf of Interested Party Lerae Towers II LLC jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Justin Philip Fasano | on behalf of Defendant The Z Flats L.L.C. jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Justin Philip Fasano | on behalf of Interested Party The Lerae Towers LLC jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Justin Philip Fasano | on behalf of Interested Party The Washingtonian L.L.C. jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Justin Philip Fasano | on behalf of Interested Party 1616 27th Street Flats L.L.C. jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Justin Philip Fasano | on behalf of Debtor In Possession The Lerae Towers LLC jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Justin Philip Fasano | on behalf of Defendant 1616 27th Street Flats L.L.C. jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Justin Philip Fasano | on behalf of Interested Party The Z Flats L.L.C. jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Justin Philip Fasano | on behalf of Interested Party The Lauravin Luxury Apartment Homes III L.L.C. jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Justin Philip Fasano | on behalf of Defendant 1716 R Street Flats LLC jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Justin Philip Fasano | on behalf of Defendant 4649 Hillside Road Flats LLC jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Justin Philip Fasano | on behalf of Defendant The Lerae Towers LLC jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Justin Philip Fasano | on behalf of Interested Party 1609 17th Place Flats LLC jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Justin Philip Fasano | on behalf of Debtor In Possession 1616 27th Street Flats L.L.C. jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Justin Philip Fasano | on behalf of Debtor In Possession The Washingtonian L.L.C. jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Plaintiff WCP Fund I LLC in its Capacity as Servicer for 1Sharpe Opportunity Intermediate Trust; Pacific RBLF Funding Trust mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Creditor WCP Fund I LLC as Servicer for U.S. Bank National Association not in its individual capacity but solely as trustee of HOF Grantor Trust 1 mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Plaintiff DP Capital LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Creditor WCP Fund I LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Creditor WCP Fund I LLC as servicer for 1Sharpe Opportunity Intermediate Trust mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Jan 25, 2024 | Form ID: pdf001 | Total Noticed: 3 |

Maurice Belmont VerStandig

on behalf of Plaintiff WCP Fund I LLC mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Plaintiff WCP Fund I LLC in its Capacity as Servicer for U.S. Bank National Association  not in its individual capacity but solely as trustee of HOF Grantor Trust 1 mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Plaintiff WCP Fund I LLC in its Capacity as Servicer for Pacific RBLF Funding Trust mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Plaintiff WCP Fund I LLC in its Capacity as Servicer for SF NU  LLC mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Creditor DP Capital LLC mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael T. Freeman

on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov  robert.w.ours@usdoj.gov

Richard A DuBose, III

on behalf of Creditor Sandy Spring Bank rdubo@gebsmith.com

Scott W Foley

on behalf of Creditor FVCbank swf@shapirosher.com
ajs@shapirosher.com;msw@shapirosher.com;ssm@shapirosher.com;ens@shapirosher.com

Tracey Michelle Ohm

on behalf of Creditor Trustar Bank tracey.ohm@stinson.com  porsche.barnes@stinson.com

Tracey Michelle Ohm

on behalf of Creditor Emerson St NW LLC tracey.ohm@stinson.com  porsche.barnes@stinson.com

U. S. Trustee for Region Four

USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 57