**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| 1716 R Street Flats LLC; | ) Case Nos. 23-00017 to 23-00028-ELG |
| The Z Flats L.L.C.; | ) |
| 1605 17th Street Flats LLC; | ) |
| 1601 17th Place Flats LLC; | ) Chapter 11 |
| 1609 17th Place Flats LLC; | ) (Jointly Administered under |
| The Lauravin Luxury Apt. Homes III L.L.C.; | ) Case No. 23-00017-ELG) |
| The Washingtonian L.L.C.; | ) |
| 1616 27th Street Flats L.L.C.; | ) Pleading relates to 1616 27th Street Flats |
| Lerae Towers II, LLC; | ) L.L.C. |
| The Lerae Towers, LLC; | ) |
| 4220 Ninth Street Flats LLC; | ) |
| 4649 Hillside Road Flats LLC, | ) |
| | ) |
| | ) |
| Debtors and Debtors in Possession | ) |
| | ) |
| | ) |

**NOTICE OF DEFAULT UNDER THE WASHINGTONIAN L.L.C. AND 1616 27TH STREET FLATS L.L.C'S SECOND AMENDED JOINT PLAN OF REORGANIZATION**

Forbright Bank (f/k/a Congressional Bank) ("Forbright Bank") gives notice that Debtor 1616 27th Street Flats L.L.C. ("Debtor") has defaulted under the terms of *The Washingtonian L.L.C. and 1616 27th Street Flats L.L.C.'s Third Amended joint Plan of Reorganization* [D.I. 137] (the "Plan"), confirmed by the United States Bankruptcy Court for the District of Columbia (the "Court") in its *Order Confirming the Washingtonian L.L.C. and 1616 27th Street Flats L.L.C.'s Third Amended Joint Plan of Reorganization* [D.I. 189] (the "Confirmation Order")[1] entered September 11, 2023.

On October 19, 2020, 1616 27th Debtor executed a Business Loan Agreement and Promissory Note in favor of Congressional Bank, successor-by-merger to American Bank to evidence a loan made to Debtor in the principal amount of $2,660,000.00 (the "Note"). To secure

---

[1] The Confirmation Order refers to a third amended plan, but no such plan was filed.

the debt obligation evidenced by the Note, the Note was secured by a Deed of Trust executed by Debtor in favor of the Bank dated October 19, 2020, and recorded among the Land Records of Washington D.C. at Document Number 2020129505.  Forbright Bank timely filed proof of claim number 3-1 against the Debtor evidencing the Debtor's obligation on the Note.

The Plan provides that the Debtor will refinance the Note through the 1616 Refinance (as defined in the Plan) within 120 days of entry of the Confirmation Order.  *See* Plan at Art. IV.B. More than 120 days have passed since the Confirmation Order was entered and the 1616 Refinance has not occurred.

Pursuant to Article II.B.a[2] of the Plan:

> In full and complete satisfaction of its Allowed Secured Claim, Forbright Bank shall be paid all amounts due upon closing on the 1616 Refinance.  If the Debtor is not able to timely implement the 1616 Refinance, the Debtor shall cure and reinstate all monetary defaults owed to Forbright Bank within 180 Days of the Confirmation Order.  Forbright Bank shall retain its Liens pending payment of its Allowed Class 1A Claim.

More than 180 days have passed since entry of the Confirmation Order and the Debtor has not cured all monetary defaults owed to Forbright Bank.

Accordingly, the Debtor is in default under the Plan.

The automatic stay imposed under 11 U.S.C. § 362 no longer applies because the Effective Date of the Plan has occurred.  *See* Confirmation Order ¶ 17.

Therefore, Forbright Bank, reserves the right to commence any action against the Debtor in any appropriate venue to foreclose the Debtor's interest in the 1616 Property (as defined in the Plan) or to otherwise collect all amounts due and owing to Forbright Bank from the Debtor on account of the Note.

---

[2] There are two Article II.A's in the Plan.

DMFIRM #411518704 v1                                     2

Dated: March 12, 2024

*/s/ John D. Sadler*
John D. Sadler (DC Bar No. 483301)
BALLARD SPAHR LLP
1909 K Street N.W., 12th Floor
Washington, DC 20006
Telephone: 202-661-7659
Facsimile: 202-661-2299
sadlerj@ballardspahr.com

*Counsel for Forbright Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on this March 12, 2024, a copy of the foregoing was served by CM/ECF on all parties requesting such notice.

*/s/ John D. Sadler*
John D. Sadler