**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| In re:<br><br>**1716 R Street Flats LLC**<br>**Debtor** | Case No. 23-00017-ELG<br><br>Chapter: 11 |
|---|---|

**NOTICE OF DEFICIENT FILING**

**To Filer(s) and/or Filer's Attorney:**

Upon authority of Local Bankruptcy Rule 5003-1, notice is hereby given that the documents submitted by you

**[ECF No. 220 – Notice of Default]**

contains certain deficiencies as set forth below. You must correct the deficiencies on or before **4/10/2024**. Failure to timely correct the deficiencies may result in the pleading or other paper ***being stricken from the record or, if a complaint is deficient, the adversary proceeding being dismissed.***

| | |
|---|---|
| ☐ | The case number(s) does not match the above-captioned case. Please review this filing and docket to the correct case. |
| ☐ | The document does not match the event entry used for docketing. Please review this filing and redocket using the correct event entry or redocket to attach the correct document. |
| ☐ | Document does not appear to be complete. Please review this filing for possible error and relate any amendment/correction to the original document. |
| ☐ | The document has an electronic signature in an incorrect format. *See* Local Bankruptcy Rules Appendix D § 7(a). |
| ☐ | The document was filed using an out of date and/or unapproved form. |
| ☐ | The document is unsigned. |
| ☒ | The document has an insufficient attorney identifier as required by Local Bankruptcy Rule 5005-1(c). |
| ☐ | The document linked hereto contains an error which requires corrective action. |
| ☐ | The ECF registered participant attorney filing the document does not match the attorney's signature on the document. |
| ☐ | The document requires a proposed order. *See* Local Bankruptcy Rule 9072-1. |
| ☐ | The document is not formatted correctly, is double-sided, and/or is not legible. *See* Local Bankruptcy Rule 5005-1(b). |
| ☐ | The document contains information that should have been redacted and has been made inaccessible to the public. *See* Fed. R. Bankr. P. 9037. |
| ☐ | Coversheet for Amending Creditors or Creditor Information (Local Official Form 101) is required with this document. *See* Local Bankruptcy Rule 1009-1. |
| ☐ | Amended schedules do not include Declaration About an Individual Debtor's Schedules (Official Form 106Dec). |
| ☐ | Amended schedules do not include Declaration Under Penalty of Perjury for Non-Individual Debtors (Official Form B 202). |
| ☐ | Amended schedules do not include Summary of Assets and Liabilities for Individuals (Official Form 106Sum). |
| ☐ | A certificate of service must be filed either separately or as an attachment to your pleading. *See Local Bankruptcy Rule 3015-1(b).* |
| ☐ | The document requires a notice and the notice must be in substantial compliance with Local Bankruptcy Rule 9013-1. |
| ☐ | The date, time, and/or location in the notice is incorrect or omitted. |
| ☐ | This document requires a hearing. Please contact the Courtroom Deputy at (202) 354-3178. |
| ☐ | The notice is not properly linked to the associated pleading. |

|   |   |
|---|---|
| ☐ | The title of the motion does not identify it as a motion for relief from the automatic stay and/or from the co-debtor stay. *See* Local Bankruptcy Rule 4001-1(a)(1). |
| ☐ | Signature/Admission to Practice. Documents must be signed by an attorney authorized to practice in this Court or admitted pro hac vice in this case. *See* Local Bankruptcy Rule 5005-1(a). |
| ☐ | Other: |

                                                            For the Court:
                                                            Angela D. Caesar
                                                            BY: MB

Copies to: Recipients of electronic notifications; Debtor; appointed trustee.

United States Bankruptcy Court

District of Columbia

| | |
|---|---|
| In re: | Case No. 23-00017-ELG |
| 1716 R Street Flats LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 27, 2024 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + 1716 R Street Flats LLC, 1716 R Street, SE, Washington, DC 20020-4764 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Darrell W. Clark | on behalf of Creditor Trustar Bank darrell.clark@stinson.com  Siobhan.rudolph@stinson.com |
| Emil Hirsch | on behalf of Creditor DC Water ehirsch@carltonfields.com ewhittington@carltonfields.com;wdcecf@cfdom.net;tcarroll@carltonfields.com |
| Eric Scott Schuster | on behalf of Creditor MainStreet Bank eschuster@fblaw.com |
| J. David Folds | on behalf of Creditor Federal National Mortgage Association dfolds@bakerdonelson.com  lcarpenter@bakerdonelson.com |
| John D. Sadler | on behalf of Creditor Forbright Bank  formerly known as Congressional Bank Sadlerj@ballardspahr.com, andersonn@ballardspahr.com |

| District/off: 0090-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 27, 2024 | Form ID: pdf001 | Total Noticed: 1 |

Justin Philip Fasano
on behalf of Interested Party 4220 Ninth Street Flats LLC jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Interested Party 1601 17th Place Flats LLC jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Interested Party 1605 17th Street Flats LLC jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Debtor In Possession Lerae Towers II  LLC jfasano@mhlawyers.com,
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Debtor In Possession 4220 Ninth Street Flats LLC jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Defendant 4220 Ninth Street Flats LLC jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Defendant 1605 17th Street Flats LLC jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Debtor In Possession The Z Flats L.L.C. jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Defendant 1601 17th Place Flats LLC jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Defendant The Washingtonian L.L.C. jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Defendant Lerae Towers II  LLC jfasano@mhlawyers.com,
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Debtor In Possession 1605 17th Street Flats LLC jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Debtor In Possession 1716 R Street Flats LLC jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Defendant 1609 17th Place Flats LLC jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Debtor In Possession 1601 17th Place Flats LLC jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Debtor In Possession 4649 Hillside Road Flats LLC jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Defendant The Lauravin Luxury Apartment Homes III L.L.C. jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Interested Party 4649 Hillside Road Flats LLC jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Debtor In Possession The Lauravin Luxury Apartment Homes III L.L.C. jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Interested Party Lerae Towers II  LLC jfasano@mhlawyers.com,
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Defendant The Z Flats L.L.C. jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

| District/off: 0090-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 27, 2024 | Form ID: pdf001 | Total Noticed: 1 |

Justin Philip Fasano
    on behalf of Interested Party The Lerae Towers  LLC jfasano@mhlawyers.com,
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
    on behalf of Interested Party The Washingtonian L.L.C. jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
    on behalf of Interested Party 1616 27th Street Flats L.L.C. jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
    on behalf of Debtor In Possession The Lerae Towers  LLC jfasano@mhlawyers.com,
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
    on behalf of Defendant 1616 27th Street Flats L.L.C. jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
    on behalf of Interested Party The Z Flats L.L.C. jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
    on behalf of Interested Party The Lauravin Luxury Apartment Homes III L.L.C. jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
    on behalf of Defendant 1716 R Street Flats LLC jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
    on behalf of Defendant 4649 Hillside Road Flats LLC jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
    on behalf of Defendant The Lerae Towers  LLC jfasano@mhlawyers.com,
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
    on behalf of Interested Party 1609 17th Place Flats LLC jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
    on behalf of Debtor In Possession 1616 27th Street Flats L.L.C. jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
    on behalf of Debtor In Possession The Washingtonian L.L.C. jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
    on behalf of Debtor In Possession 1609 17th Place Flats LLC jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Kristen S. Eustis
    on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Maurice Belmont VerStandig
    on behalf of Plaintiff WCP Fund I LLC in its Capacity as Servicer for 1Sharpe Opportunity Intermediate Trust; Pacific RBLF Funding Trust mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Creditor WCP Fund I LLC as Servicer for U.S. Bank National Association  not in its individual capacity but solely as trustee of HOF Grantor Trust 1 mac@mbvesq.com,
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Plaintiff DP Capital LLC mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Creditor WCP Fund I LLC mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Creditor WCP Fund I  LLC as servicer for 1Sharpe Opportunity Intermediate Trust mac@mbvesq.com,
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Plaintiff WCP Fund I LLC in its Capacity as Servicer for Pacific RBLF Funding Trust mac@mbvesq.com

| | |
|---|---|
| District/off: 0090-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Mar 27, 2024 | Form ID: pdf001 | Total Noticed: 1 |

Maurice Belmont VerStandig
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email
on behalf of Plaintiff WCP Fund I LLC mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
on behalf of Plaintiff WCP Fund I LLC in its Capacity as Servicer for U.S. Bank National Association  not in its individual capacity but solely as trustee of HOF Grantor Trust 1 mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
on behalf of Creditor DP Capital LLC mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
on behalf of Plaintiff WCP Fund I LLC in its Capacity as Servicer for SF NU  LLC mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael T. Freeman
on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov  robert.w.ours@usdoj.gov

Richard A DuBose, III
on behalf of Creditor Sandy Spring Bank rdubo@gebsmith.com

Scott W Foley
on behalf of Creditor FVCbank swf@shapirosher.com
ajs@shapirosher.com;msw@shapirosher.com;ssm@shapirosher.com;ens@shapirosher.com

Tracey Michelle Ohm
on behalf of Creditor Emerson St NW LLC tracey.ohm@stinson.com  porsche.barnes@stinson.com

Tracey Michelle Ohm
on behalf of Creditor Trustar Bank tracey.ohm@stinson.com  porsche.barnes@stinson.com

U. S. Trustee for Region Four
USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 57