UNITED STATES BANKRUPTCY COURT
**DISTRICT OF COLUMBIA**

In re:

**1716 R Street Flats LLC**
  **Debtor**

Case No. 23-00017-ELG

Chapter 11

### ORDER TO SHOW CAUSE

The Creditor had until 04/10/2024 to cure the deficiencies set forth in the **Notice to Party Filing Deficient Pleading(s) Document(s) (Docket No. 221).** The Creditor(s) have/having not cured the deficiencies, it is therefore ORDERED that:

The Creditor(s) shall appear at a hearing before this court on **5/8/2024 at 9:30AM and in Courtroom 1 or via video conference (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)**.

For the Court:
Angela D. Caesar
BY: CA

Copies to: Recipients of electronic notifications; Creditor; appointed trustee.