**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| 1716 R Street Flats LLC; ) | Case Nos. 23-00017 to 23-00028- |
| The Z Flats L.L.C.; ) | ELG |
| 1605 17th Street Flats LLC; ) | |
| 1601 17th Place Flats LLC; ) | |
| 1609 17th Place Flats LLC; ) | Chapter 11 |
| The Lauravin Luxury Apt. Homes III ) | (Jointly Administered under |
| L.L.C.; ) | Case No. 23-00017-ELG) |
| The Washingtonian L.L.C.; ) | |
| 1616 27th Street Flats L.L.C.; ) | |
| Lerae Towers II, LLC; ) | |
| The Lerae Towers, LLC; ) | |
| 4220 Ninth Street Flats LLC; ) | |
| 4649 Hillside Road Flats LLC. ) | |
| 1618 17th Street Flats ) | |
| Debtors and Debtors in Possession ) | 23-00167-ELG |
| ) | |

## AMENDED MOTION FOR FINAL DECREE AND MOTION TO DISMISS

1716 R Street Flats LLC ("1716 R St."); The Z Flats L.L.C. ("Z Flats"), 1605 17th Street Flats LLC ("1605 17th St."); 1601 17th Place Flats LLC ("1601 17th Pl."), 1609 17th Place Flats LLC ("1609 17th Pl."), The Lauravin Luxury Apartment Homes III L.L.C. ("Lauravin III"), 1616 27th Street Flats L.L.C. ("1616 27th"); The Washingtonian L.L.C. ("Washingtonian"), Lerae Towers II, LLC ("Lerae II"), 4220 Ninth Street Flats LLC ("4220 Ninth St."); 4649 Hillside Road Flats LLC ("4649 Hillside Rd") and 1618 17th Place Flats, LLC ("1618 17th," and each of the aforementioned, a "Debtor," and collectively, the "Liquidating Debtors"), by undersigned counsel, and pursuant to 11

---

Justin P. Fasano, Esq.
Bar No. MD21201
McNamee Hosea, P.A.
6404 Ivy Lane, Ste 820
Greenbelt, MD 22070
Phone: (301) 441-2420
Facsimile: (301) 982-9450
jfasano@mhlawyers.com
*Counsel for the Debtors*

U.S.C. § 350, Federal Rule of Bankruptcy Procedure 3022 and Local Rule 3022-1, hereby files this Motion for Final Decree and for cause states as follows:

1. On January 16, 2023 (the "Petition Date"), the Liquidating Debtors each filed with this Court a voluntary petition for relief under chapter 11 of 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").

2. The Court has entered confirmation enters in each of the Liquidating Debtors' cases

4. Section 350(a) of the Bankruptcy Code provides that after a debtor's estate is fully administered and the court has discharged the trustee, the court shall close the case. 11 U.S.C. § 350. Bankruptcy Rule 3022 sets forth the procedure for the closing of a chapter 11 case and the entry of a final decree and provides that "after an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case." Fed. R. Bankr. P. 3022.

5. The standard for determining if a debtor's estate has been fully administered and a final decree should issue, is whether the debtor's case has been substantially consummated, as defined in Section 1101(2) of the Bankruptcy Code. In re A. H. Robbins Co., Inc., 219 B.R. 145, 150 (E.D. Va. 1998); citing In re Jordan Mfg. Co. Inc., 138 B.R. 30, 344 (Bankr. C.D. Ill. 1992). Section 1101(2) defines "substantial consummation" as follows:

> (A) transfer of all or substantially all of the property proposed by the plan to be transferred;
>
> (B) assumption by the debtor or by the successor to the debtor under the plan of the business or the

2

>   management of all or substantially all of the property dealt with under the plan; and
>
> (C) commencement of distribution under the plan.

11 U.S.C. §1101(2).

6. Further, Local Bankruptcy Rule 3022-1(b) provides that a Chapter 11 Plan Proponent must certify that the Plan has been fully administered. Local Bankruptcy Rule 3022-1(b)(1) provides that

> On or before the later of thirty (30) days after the order of confirmation in a case under chapter 11, or thirty (30) days after the disposition of all adversary proceedings, contested matters, and objections to claims, the debtor's attorney shall file a certificate of substantial consummation together with a motion for final decree.

A notice of substantial consummation will be submitted prior to the hearing on this Motion. There are no pending adversary proceedings, contested matters, and objections to claims.

The following Liquidating Debtors seek final decrees: 1716 R St; The Z Flats L.L.C., 1605 17th St.; 1601 17th Pl.; 1609 17th Pl.; Washingtonian; Lerae II, 4220 Ninth St."); and 1618 17th.

The following Liquidating Debtors seek dismissal of their case pursuant to 11 U.S.C. § 1112(d)(4)(N): 1616 Lauravin and 4649 Hillside Road.

WHEREFORE, the Liquidating Debtors pray for entry for entry of a Final Decree or to dismiss their cases pursuant to 11 U.S.C. § 1112, and for such other and further relief as the Court deems necessary or appropriate.

Dated: May 31, 2024          Respectfully submitted

/s/ Justin P. Fasano
Justin P. Fasano (Fed Bar No. MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Tel: 301-441-2420
Fax: 301-982-9450
jfasano@mhlawyers.com
*Counsel for the Liquidating Debtors*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this May 31, 2024, a true and correct copy of the foregoing has been served by CM/ECF, to the parties receiving notice thereby.

/s/ Justin P. Fasano
Justin P. Fasano