Office of United States Trustee
Kristen S. Eustis
Trial Attorney, MD28984
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7227
Kristen.s.eustis@usdoj.gov

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** <br><br> **1716 R Street Flats LLC,** *et al.* <br><br> **Debtors.** | Case No. 23-00017-ELG <br> **(Jointly Administered)** <br><br> **Chapter 11** |

### RESPONSE OF THE ACTING UNITED STATES TRUSTEE
### TO DEBTORS' MOTION FOR FINAL DECREE AND MOTION TO DISMISS

Gerard R. Vetter, the Acting United States Trustee for Region 4 (the "U.S. Trustee"), by and through his undersigned counsel, hereby files this response ("Response") to the Motion for Final Decree and Motion to Dismiss ("Motion") (Doc. No. 228) filed by 1716 R Street Flats LLC, *et al*. (the "Debtors"). In support of this Response, the U.S. Trustee states as follows:

1. On January 16, 2023, the Debtors each filed a petition for relief under chapter 11 of the Bankruptcy Code.

2. This Court has entered confirmation orders in each of the Debtors' cases.

3. On May 31, 2024, the Debtors filed the Motion.

4. The U.S. Trustee does not object to the entry of a Final Decree in the following cases: 1716 R St; The Z Flats L.L.C., 1605 17th St.; 1601 17th Pl.; 1609 17th Pl.; Washingtonian; Lerae II, 4220 Ninth St."); and 1618 17th, provided, however, that the Debtors are current on their monthly operating reports and/or all post confirmation reports and have paid all quarterly fees as required by 28 U.S.C. § 1930(a)(6).

5. The U.S. Trustee has no objection to the dismissal of the 1616 Lauravin and 4649 Hillside Road cases.

Date: June 11, 2024	GERARD R. VETTER
	Acting United States Trustee, Region 4

	By: */s/ Kristen S. Eustis*
	Kristen S. Eustis
	Federal Bar No. MD28984
	Office of the United States Trustee
	1725 Duke Street, Suite 650
	Alexandria, VA 22314
	(703) 557-7227- Direct Dial
	Kristen.S.Eustis@usdoj.gov

CERTIFICATE OF SERVICE

       I hereby certify that on June 11, 2024, I electronically filed the foregoing Response with the Clerk of the Court and served it on the parties listed below who are registered Users of the CM/ECF system, by the Notice of Electronic filing generated by the Court's ECF system:

Darrell W. Clark darrell.clark@stinson.com, Siobhan.rudolph@stinson.com

Richard A DuBose, III rdubo@gebsmith.com

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Justin Philip Fasano jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com; hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

J. David Folds dfolds@bakerdonelson.com, lcarpenter@bakerdonelson.com

Scott W Foley swf@shapirosher.com, ajs@shapirosher.com; msw@shapirosher.com;ssm@shapirosher.com;ens@shapirosher.com;LAR@shapirosher.com

Michael T. Freeman michael.t.freeman@usdoj.gov, robert.w.ours@usdoj.gov

Emil Hirsch ehirsch@carltonfields.com, ewhittington@carltonfields.com; wdcecf@cfdom.net;tcarroll@carltonfields.com

Tracey Michelle Ohm tracey.ohm@stinson.com, porsche.barnes@stinson.com

John D. Sadler Sadlerj@ballardspahr.com, andersonn@ballardspahr.com

Eric Scott Schuster eschuster@fblaw.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email


                                                */s/ Robert W. Ours*
                                                Robert W. Ours
                                                Paralegal Specialist