The order below is hereby signed.

Signed: June 28 2024

Elizabeth L. Gunn
U.S. Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

In re:

| | |
|---|---|
| 1716 R Street Flats LLC; | Case Nos. 23-00017 to 23-00028-ELG |
| The Z Flats L.L.C.; | |
| 1605 17th Street Flats LLC; | |
| 1601 17th Place Flats LLC; | Chapter 11 |
| 1609 17th Place Flats LLC; | (Jointly Administered under |
| The Lauravin Luxury Apt. Homes III L.L.C.; | Case No. 23-00017-ELG) |
| The Washingtonian L.L.C.; | |
| 1616 27th Street Flats L.L.C.; | |
| Lerae Towers II, LLC; | |
| The Lerae Towers, LLC; | |
| 4220 Ninth Street Flats LLC; | |
| 4649 Hillside Road Flats LLC. | |
| 1618 17th Street Flats | |
| Debtors and Debtors in Possession | 23-00167-ELG |

## FINAL DECREE AND ORDER TO DISMISS

Upon consideration of the Amended Motion for Final Decree and Motion to Dismiss (the "Motion") filed by 1716 R Street Flats LLC ("1716 R St."); The Z Flats L.L.C. ("Z Flats"), 1605 17th Street Flats LLC ("1605 17th St."); 1601 17th Place Flats LLC ("1601 17th Pl."), 1609 17th Place Flats LLC ("1609 17th Pl."), The Lauravin Luxury Apartment Homes III L.L.C. ("Lauravin

III"), 1616 27th Street Flats L.L.C. ("1616 27th"); The Washingtonian L.L.C. ("Washingtonian"), Lerae Towers II, LLC ("Lerae II"), 4220 Ninth Street Flats LLC ("4220 Ninth St."); 4649 Hillside Road Flats LLC ("4649 Hillside Rd") and 1618 17th Place Flats, LLC ("1618 17th," and each of the aforementioned, a "Debtor," and collectively, the "Liquidating Debtors"), and any opposition having been filed; it is by the United States Bankruptcy Court for the District of Columbia, hereby

ORDERED, the Motion for Final Decree is GRANTED in the cases of 1716 R St; The Z Flats L.L.C., 1605 17th St.; 1609 17th Pl.; Washingtonian; Lerae II, 4220 Ninth St.; and 1618 17th; and the Debtors shall pay US Trustee fees for the second quarter of 2024 when invoiced, and it is further

ORDERED, that the cases of 1616 27th, Lauravin, and 4649 Hillside Road are dismissed pursuant to 11 U.S.C. § 1112; and it is further

ORDERED, that the Clerk is directed to CLOSE these cases; and it is further

ORDERED, that the above-captioned cases shall no longer be jointly administered.

<u>I ASK FOR THIS</u>

<u>/s/ *Justin P. Fasano*</u>
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  20770
(301) 441-2420
jfasano@mhlawyers.com
*Counsel to the Debtors*

**SEEN AND NO OBJECTION**

GERARD VETTER,
ACTING U.S. TRUSTEE, REGION 4

By: /s/ Kristen S. Eustis
Kristen S. Eustis (DC Bar No. MD28984)
Trial Attorney
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7227
Kristen.S.Eustis@usdoj.gov

3